# AFFIDAVIT OF PROCESS SERVER

| United States District Court | District Of Columbia |
|---|---|

**Robert D. Smith**

    Plaintiff

vs.

**Lisa C. Starks**

    Defendant

Attorney:

Davis & Associates, LLC.
Gilbert Davis
9502-A Lee Highway
Fairfax, VA. 22031

**Case Number:** 1:07-cv-00761

Legal documents received by Same Day Process Service on September 21st, 2007 at 12:00 PM to be served upon **Lisa C. Starks at 5801 5 St., NE, Washington, DC. 20011**

I, Brandon A. Snesko, swear and affirm that on **September 30th, 2007 at 7:37 PM**, I did the following:

**Individually** Served the person listed as the intended recipient of the legal document with this **Summons in a Civil Case; Complaint** at the above address.

**Description of Person Accepting Service:**
Sex: Female   Age: 40   Height: 5'4   Weight: 150   Skin Color: Black   Hair Color: Black   Glasses:

**Supplemental Data Appropriate to this Service:**

I declare under penalty of perjury under the laws of the that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

**Brandon A. Snesko**
Process Server

**Same Day Process Service**
1322 Maryland Ave., NE
Washington, DC 20002

(202) 398-4200

Internal Job ID: 0000004829

District of Columbia : SS
Subscribed and Sworn to before me
this _15_ day of _Oct_, _2007_

B. Tony Snesko, Notary Public, D.C.
My commission expires December 14, 2011

Copyright © 2005-2007 Process Server Central, LLC. All rights reserved.