IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ROBERT D. SMITH | : | |
| Plaintiff | : | |
| v. | : | **Case: 1:07-CV-00761** |
| LISA C. STARKS | : | |
| Defendant | : | |

**ANSWER TO COMPLAINT**

COMES NOW, the defendant, Lisa C. Starks, by and through her attorneys, McCarthy Wilson LLP, and Jonathan R. Clark, Esquire, and for her Answer to Plaintiff's Complaint, states as follows:

FIRST DEFENSE

That the Complaint fails to state a claim upon which relief can be granted;

SECOND DEFENSE

That all or part of the relief sought is barred by the applicable Statute of Limitations;

THIRD DEFENSE

That the Plaintiff was contributorily negligent, which bars the relief sought;

FOURTH DEFENSE

That the Plaintiff assumed the risk of injury, which bars the relief sought;

## FIFTH DEFENSE

That the Plaintiff failed to mitigate damages, which bars all or part of the relief sought;

## SIXTH DEFENSE

That the Defendant denies the causal relationship of the Plaintiff's alleged injuries to this occurrence;

## SEVENTH DEFENSE

That the Defendant is not required to admit or deny the jurisdictional and venue allegations of paragraph 1 of the Complaint;

## EIGHTH DEFENSE

This Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraphs 2 and 7 of the Complaint, and, therefore, denies same;

## NINTH DEFENSE

That the allegations set forth in paragraphs 4, 5, and 6 of Plaintiff's Complaint are denied;

## TENTH DEFENSE

The Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 8 of Plaintiff's Complaint, and, therefore, denies same;

## ELEVENTH DEFENSE

That the allegations set forth in paragraph 3 of the Complaint are admitted;

## TWELFTH DEFENSE

That any allegation set forth in Plaintiff's Complaint not specifically admitted or denied herein, is hereby denied.

WHEREFORE, the Complaint having been fully answered, the Defendant respectfully requests that it be dismissed with prejudice.

Respectfully submitted,

McCARTHY WILSON LLP


By: _____/s/_____
Jonathan R. Clark
Federal Bar No.:  448996
100 South Washington Street
Rockville, Maryland 20850
(301) 762-7770
Fax (301)762-0374
Attorneys for Defendant,
Lisa C. Starks


## **JURY DEMAND**

The Defendant, Lisa C. Starks, hereby requests a trial by jury on all issues raised herein.

_____/s/_____
Jonathan R. Clark

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this <u>15th</u> day of October, 2007, a copy of the foregoing Answer to Complaint was electronically filed and mailed first-class, postage prepaid to:

Gilbert K. Davis, Esquire
Davis & Associates, LLC
9502-A Lee Highway
Fairfax, VA  22031
*Attorney for Plaintiff, Robert D. Smith*

                                                          /s/
                                          Jonathan R. Clark