U.S. DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA

ROBERT  D. SMITH                              )
1429 E. 28th St.                              )
Brooklyn, NY 11211                            )
                                              )
          Plaintiff,                          )   Case No: 1:07-cv-00761
                                              )
v.                                            )
                                              )
LISA C. STARKS                                )
Serve at:                                     )
5801 5th Street, NE                           )
Washington, DC 20011                          )
                                              )
          Defendant.                          )
_____ )

## SCHEDULING ORDER

_____The parties conferred and proposed scheduling deadlines for approval of the

court, and the court being advised, hereby adopts and orders the following

proposed deadlines to be met:

          Initial disclosures required by FRCP 26(a)(1) to be made by January 7,

2008.

          Plaintiff's experts and information required by FRCP 26(a)(2) to be

provided by February 29, 2008.

          Defendant's designation of experts required by FRCP 26(a)(2) to be

provided by April 29, 2008.

Discovery permitted by Rules 26(b), 30,31,33, 34, 35 and 36 shall be completed by June 30, 2008.  Interrogatories are limited to 25 requests, including subparts, directed to each party.

Dispositive motions to be filed and heard by July 30, 2008.

The parties shall confer by August 15, 2008 with a view to agree on all possible stipulations, exchange exhibits, and to suggest available trial dates to the court in the October through December, 2008 time frame.  Suggested trial dates will be provided to the court within ten days of the conference.

Objections to exhibits shall be filed with the court ten days after the parties' conference, and responses thereto to be filed within ten days after receipt of objections.   All exhibits not objected to will be admitted.

At their conference the parties will agree and notify the court on available dates to suggest to the court in September, 2008 for a pretrial conference with the court for still unresolved  motions or other issues.

The parties are encouraged to stipulate authenticity where it reasonably appears an original or copy of a  document is indeed authentic.

ENTERED this _____ day of _____, 2007.


_____
JUDGE

SEEN AND AGREED:


_____
GILBERT  K. DAVIS
D.C. Bar #161679
DAVIS & ASSOCIATES, LLC
9502-A Lee Highway
Fairfax, VA 22031
703/352-3850
Counsel for Plaintiff




SEEN AND AGREED:


_____
Jonathan R. Clark
Federal Bar #448996
McCARTHY WILSON, LLP
100 South Washington Street
Rockville, MD 20850
301/762-7770
Counsel for Defendant