## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

ROBERT D. SMITH :

    Plaintiff :

v. : **Case: 1:07-CV-00761**

LISA C. STARKS :

    Defendant :

### DEFENDANT'S FRCP 26(a)(1) INITIAL DISCLOSURES

COMES NOW, the defendant, Lisa C. Starks, by and through her attorneys, McCarthy Wilson LLP and Jonathan R. Clark, and pursuant to Federal Rule of Civil Procedure 26(a)(1), respectfully submits the following Initial Disclosures:

**I.** **INDIVIDUALS WHO MAY HAVE DISCOVERABLE INFORMATION**

Not including those individuals who may be called to testify solely for purposes of impeachment, the following individuals may have discoverable information relevant to the subject claims:

    1.    Robert Smith – Plaintiff
            1429 E. 28th Street
            Brooklyn, NY 11211

It is anticipated that the plaintiff will have knowledge about the incident, as well as his alleged injuries, treatment, and damages.

    2.    Lisa C. Starks – Defendant
            8946 Continental Place
            Landover, MD 20785

The defendant has information regarding the happening of the accident and the events immediately thereafter including the investigation.

   3.  Juan Ortiz – Military Policeman
      (Responded to scene, performed investigation, and
      prepared report)

It is anticipated that Lieutenant Ortiz will have information regarding his investigation of the incident.

   4.  At this time, an unidentified military policeman who was working with the plaintiff at the time of the incident.  Presumably, this individual would have knowledge regarding the happening of the incident and the events immediately thereafter.

   5.  At this time, unidentified military physicians and other health care providers at Walter Reed Army Medical Center with whom plaintiff treated after the incident.  These individuals may be identified, in part, in the documents identified and produced herein.

   6.  Dr. Alan G. Schreiber

Dr. Schreiber is affiliated with the practice of Greater Metropolitan Orthopaedics.  Dr. Schreiber apparently treated the plaintiff some time after the incident of March 25, 2003.  Presumably, Dr. Schreiber would have information regarding his treatment of the plaintiff and the plaintiff's alleged conditions and complaints.

   7.  Dr. Chee-Hahn Hung

Dr. Hung is a physician affiliated with the practice of Greater Metropolitan Orthopaedics. Dr. Hung apparently treated the plaintiff after the incident involved in this litigation. Presumably, Dr. Hung has information regarding his treatment of the plaintiff and the plaintiff's condition and complaints.

## II.    DOCUMENTS

The following documents are being produced and attached hereto consistent with the defendant's requirements under the Initial Disclosure criteria:

1.    Military Police Traffic Report dated 3/25/03.

2.    Written statement of the plaintiff.

3.    Written statement of the defendant.

4.    Various medical reports from Greater Metropolitan Orthopaedics for some of plaintiff's treatment.

5.    Medical reports from Walter Reed Army Medical Center for treatment of the plaintiff.

## III.    COMPUTATION OF DAMAGES

This item is not applicable to this defendant as she has no claim for actual damages on her own behalf.

## IV.    APPLICABLE INSURANCE

At the time of the March 25, 2003 incident, the defendant maintained an automobile liability policy with the Allstate Indemnity Company with a Policy No.

008619100.  Such policy provided liability limits of $100,000.00 per person / $300,000.00 per occurrence.  At this time the defendant is not in possession of a copy of the actual Declarations Page or the actual policy.  Undersigned counsel has requested those items and will promptly forward them to plaintiff's counsel upon receipt.

Respectfully submitted,

McCARTHY WILSON LLP

By:  _____/s/___Jonathan R. Clark_____
Jonathan R. Clark
Federal Bar No.:  448996
100 South Washington Street
Rockville, Maryland 20850
(301) 762-7770
Fax (301)762-0374
clarkj@mcwilson.com
*Attorneys for Defendant,*
*Lisa C. Starks*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this  4th  day of January, 2008, a copy of the foregoing Defendant's FRCP 26(a)(1) Disclosures was electronically filed and mailed first-class, postage prepaid to:

Gilbert K. Davis, Esquire
Davis & Associates, LLC
9502-A Lee Highway
Fairfax, VA  22031
*Attorney for Plaintiff, Robert D. Smith*

_____/s/  Jonathan R. Clark_____
Jonathan R. Clark

# MILITARY POLICE TRAFFIC REPORT

## MILITARY POLICE TRAFFIC ACCIDENT REPORT
For use of this form, see AR 190-45; the proponent agency is ODCSOPS

### PRIVACY ACT STATEMENT

| | |
|---|---|
| **AUTHORITY:** | Title 10 USC Section 301; Title 5 USC Section 2951; E.O. 9397 dated November 22, 1943 (SSN). |
| **PRINCIPAL PURPOSE:** | To provide commanders and law enforcement officials with means by which information maybe be accurately identified |
| **ROUTINE USES:** | Your social security number is used as an additional/alternate means of identification to facilitate filing and retrieval. |
| **DISCLOSURE:** | Disclosure of your social security number is voluntary. |

| 1. PM ACTIVITY CODE/REPORT NO. 00106-2003-MPC241 | 2. DATE OF ACCIDENT (YYYYMMDD) 2003/02/25 | 3. TIME OF ACCIDENT (Use 2400 hour) 0630 | 4. DAY OF WEEK OF COLLISION (Sunday, Monday, etc.) Tuesday |
|---|---|---|---|

**5. LOCATION OF ACCIDENT**

a. MILITARY RESERVATION  [X] YES  [ ] NO
b. NAME AND LOCATION OF MILITARY RESERVATION (Include City and State, etc.) WALTER REED, MD

c. ROAD OR STREET ON WHICH ACCIDENT OCCURED WRAMC 6900 GEORGIA AVE NW
d. NAME OF INTERSECTING STREET IF AT INTERSECTION ELDER ST

e. NAME OF NEAREST INTERSECTING STREET, HIGHWAY, OR OTHER PERMANENT IDENTIFYING LANDMARK IF NOT AT INTERSECTION CIRCLE DR
f NO. OF FEET
g DIRECTION North

h. IF ACCIDENT OCCURED OFF MILITARY RESERVATION, AND OUTSIDE CITY LIMITS, INDICATE.
___ MILES  [ ] N  [ ] S  [ ] E  [ ] W  FROM  [ ] CITY LIMITS  [ ] CENTER OF CITY OR TOWN

| i. KIND OF LOCALITY | [ ] Troop Billets | [ ] Mfg or Industrial | [ ] School or Playground | [X] Other (Specify) |
|---|---|---|---|---|
| | [ ] Residential | [ ] Open Country | [ ] Business | ROAD |

**6. TYPE OF ACCIDENT**

| | | | a. SEVERITY | |
|---|---|---|---|---|
| [ ] Vehicle-Vehicle | [ ] Vehicle-Object | [ ] Single Vehicle (Non Collision) | NO. KILLED | NO. INJURED |
| [ ] Vehicle-Pedicycle | [ ] Vehicle-RR Train | [ ] Hit and Run | | 1 |
| [ ] Stolen Vehicle | [X] Vehicle-Pedestrian | [ ] Other (Specify) | | |

b. TOTAL NO. OF VEHICLES INVOLVED   1

[ ] PROPERTY DAMAGE ONLY

**7. WEATHER, LIGHT, AND ROAD CONDITIONS**

| VEHICLE 1 | 2 | DRIVING LANES | VEHICLE 1 | 2 | CHARACTER | VEHICLE 1 | 2 | SURFACE | VEHICLE 1 | 2 | WEATHER |
|---|---|---|---|---|---|---|---|---|---|---|---|
| [X] | | One  ↕ | [X] | | Straight | [X] | | Concrete | [X] | | Clear |
| | | Two  ↓ ↑ | | | Curve | | | Black Top | | | Rain |
| | | Three or More ↓↕↑ | | | Level | | | Brick | | | Fog |
| | | Divided Highway | | | On Grade | | | Gravel | | | Snowing |
| | | Other | | | Other | | | Other | | | Other |

| VEHICLE 1 | 2 | CONDITIONS | VEHICLE 1 | 2 | DEFECTS | VEHICLE 1 | 2 | LIGHT |
|---|---|---|---|---|---|---|---|---|
| [X] | | Dry | | | Holes, Ruts, Bumps, etc | [X] | | Daylight |
| | | Wet | | | Loose Material on Surface | | | Dawn |
| | | Mud | | | Defective Shoulder | | | Dusk |
| | | Snow | [X] | | No Defects | | | Dark, Street Lights |
| | | Other | | | Other | | | Dark, No Street Lights |

**8. TRAFFIC CONTROL**

| VEHICLE 1 | 2 | | VEHICLE 1 | 2 | | VEHICLE 1 | 2 | | VEHICLE 1 | 2 | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Stop and Go Signal | | | Flashing Light | | | Warning Sign | | | One Way Street |
| [X] | | No Traffic Signal | | | Officer or Watchman | | | Solid Center Line | | | Stop Sign |
| | | Other (Explain) | | | | | | | | | |

DA FORM 3946, DEC 1998    DA FORM 3946, SEP 73, IS OBSOLETE    Page 1 of 4

FOR OFFICIAL USE ONLY

| 9a. VEHICLE NO. 1 | | | | 9b  VEHICLE NO. 2 | | | |
|---|---|---|---|---|---|---|---|
| USA REGISTRATION OR LICENSE NO. S790000 DC | MAKE FORD | YEAR 1991 | BODY TYPE COUPE | USA REGISTRATION OR LICENSE NO | MAKE | YEAR | BODY TYPE |
| UNIT MARKINGS/DECAL NO. | | X Privately Owned | Government | UNIT MARKINGS/DECAL NO. | | | Privately Own d Government |
| REGISTERED OWNER (If not driver) (Last, First, MI) STARKS LISA C | | | | REGISTERED OWNER  (If not driver) (Last, First, MI) | | | |
| ADDRESS OF OWNER | | | | ADDRESS OF OWNER | | | |
| NAME AND ADDRESS OF INSURANCE COMPANY OR AGENT ALLSTATE INSUEANCE COMPANY | | | | NAME AND ADDRESS OF INSURANCE COMPANY OR AGENT | | | |

| 10a. DRIVER NO. 1 | | 10b. DRIVER NO. 2 | |
|---|---|---|---|
| NAME (Last, First, MI), Grade and Address) | SSN | NAME (Last, First, MI), Grade and Address) | SSN |
| | AGE | | AGE |
| | Male Female | | Male Female |
| DRIVER'S LICENSE/PERMIT NUMBER | STATE | DRIVER'S LICENSE/PERMIT NUMBER | STATE |
| LIMITATIONS ON LICENSE/PERMIT ☐ N  ☐ Y (Specify) | YEAR'S DRIVING EXPERIENCE | LIMITATIONS ON LICENSE/PERMIT ☐ N  ☐ Y (Specify) | YEAR'S DRIVING EXPERIENCE |

| CODES | CAT (1) | INJ (2) | SEAT BELT (3) | SEAT POS (4) | CODES | CAT (1) | INJ (2) | SEAT BELT (3) | SEAT POS (4) |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

**11. OCCUPANTS**

| NAME AND ADDRESS | VEH NO. | AGE | SEX | CODES | | | |
|---|---|---|---|---|---|---|---|
| | | | | CAT (1) | INJ (2) | SEAT BELT (3) | SEAT POS (4) |
| LISA STARKS | 1 | 44 | F | O | A | B | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

**CODES**

| (1) CATEGORY | (2) INJURY CLASS | (3) SHOULDER/LAP BELTS | (4) SEAT POSITION |
|---|---|---|---|
| A. Army officer | A. No injury | A. Lap belt used | 1. Front Left |
| B. Army enlisted | B. Dead at scene | B. Shoulder harness used | 2. Front Center |
| C. Other service officer | C. Dead on arrival | C. Both used | 3. Front Right |
| D. Other service enlisted | D. Died in hospital | D. Not used | 4. Back Left |
| E. Civilian | E. Incapacitating injury | E. Not installed | 5. Center Back |
| F. Dependant | F. Non-incap (evident) injury | F. Lap belt failed | 6. Back Right |
| O. Other | G. Possible injury | G. Shoulder harness failed | 7. Other Position (Bus-Motorcycle) |
| | H. Injury unknown | H. Both failed | 8. Position Unknown |
| | | U. Unknown | |

DA FORM 3946, DEC 1998                                                          Page 2 - 14

FOR OFFICIAL USE ONLY

STATEMENT OF  Smith, Robert D.  TAKEN AT _____ DATED _____

9. STATEMENT (Continued)

Q: What part of the vehicle struck your person?
A: Rear bumper

Q: Any bruising caused by vehicle
A: None visible at this time.

Q: Any other statements at this time?  ——— END——
A: No                                            X RDS

FOR OFFICIAL USE ONLY

---

**AFFIDAVIT**

I, Smith, Robert D. _____ , HAVE READ OR HAVE HAD READ TO ME THIS STATEMENT
WHICH BEGINS ON PAGE 1, AND ENDS ON PAGE _____ . I FULLY UNDERSTAND THE CONTENTS OF THE ENTIRE STATEMENT MADE
BY ME. THE STATEMENT IS TRUE. I HAVE INITIALED ALL CORRECTIONS AND HAVE INITIALED THE BOTTOM OF EACH PAGE CONTAINING THE STATEMENT. I HAVE MADE THIS
STATEMENT FREELY WITHOUT HOPE OF BENEFIT OR REWARD, WITHOUT THREAT OF PUNISHMENT, AND WITHOUT COERCION, UNLAWFUL INFLUENCE, OR UNLAWFUL INDUCEMENT.

_(Signature of Person Making Statement)_

WITNESSES:

Subscribed and sworn to before me, a person authorized by law to
administer oaths, this  25th  day of  March , 2003

at  PMO Bldg 12 WRAMC Fort Georgia when
Washington, DC 20304

_(Signature of Person Administering Oath)_

_____
ORGANIZATION OR ADDRESS

_____
_____    Juan Ortiz
_____    _(Typed Name of Person Administering Oath)_

TITLE 5 USC SEC 303 (b).
_____    _(Authority To Administer Oaths)_
ORGANIZATION OR ADDRESS

INITIALS OF PERSON MAKING STATEMENT  RDS        PAGE  1  OF  1  PAGES

PAGE 3, DA FORM 2823, DEC 1998.                                    USAPA V1.1 1

## 15a. DRIVER'S ACTION BEFORE ACCIDENT

| DIRECTION HEADED | DRIVER (check one or more) | | | DRIVER (check one or more) | | | VEHICLE (Specify Feet/MPH) | | |
|---|---|---|---|---|---|---|---|---|---|
| | | 1 | 2 | | 1 | 2 | | 1 | 2 |
| **VEHICLE 1** | | | | Other (Specify) | | | | | |
| X N | S | Backing | | | | | | | Estimated Distance When Danger Was First Noticed |
| E | W | Going Straight Ahead | | | | | | | Estimated Speed When Danger Was First Noticed |
| | | Making Left Turn | | | | | | | |
| | | Skidding | | | | | | | Estimated Speed at Impact (MPH) |
| **VEHICLE 2** | | Making Right Turn | | | | | | | |
| N | S | Making "U" Turn | | | | | | | Distance Traveled After Impact (Feet) |
| E | W | Overtaking or Passing | | | | | | | |
| | | Avoiding Veh/Obj | | | | | | | |
| | | Slowing or Stopping | | | | | | | Lawful Speed (MPH) |
| | | Stop in Traffic Lane | | | | | | | |

## b. CONTRIBUTING CIRCUMSTANCES

| DRIVER (check one or more) | | | DRIVER (check one or more) | | | DRIVER (check one or more) | |
|---|---|---|---|---|---|---|---|
| 1 | 2 | | 1 | 2 | | 1 | 2 |
| | | Exceeding Speed Limit | | | Alcohol Involved | Chemical Test Given | |
| | | Speed Excessive for Conditions | | | Drugs Involved | Chemical Test Refused | |
| | | Failed to Yield | | | Ability Impaired | | |
| | | Disregarded Stop Signal | | | Ability Not Impaired | **TEST RESULTS** | |
| | | Vision Obstructed | | | Unknown | DRIVER NO. 1 | DRIVER NO. 2 |
| | | Following Too Close | | | | % BAC | % BAC |
| | | Improper Overtaking | | | See attached DD Form 1920 (Alcoholic Influence Report) | | |
| | | No or Improper Signal | | | | | |
| | | Disregarded Traffic Signal | VEHICLE (Check one or more) | | | | |
| | | Improper Turn | 1 | 2 | | | |
| | | Unknown | | | Defective Brakes | | |
| | | Other (Specify) | | | Defective Head Light | | |
| | | | | | Tires Worn or Smooth | | |
| | | | | | Tires Punctured or Blown | | |
| | | | | | Other (Specify) | | |

## 16 MILITARY POLICE ACTIVITY

| a. NAME OF PERSON(s) APPREHENDED | b. CHARGES | c. REPORT NUMBER |
|---|---|---|
| | | |
| | | |
| | | |

| d. TIME MILITARY POLICE NOTIFIED (Hour) 0700 | e. TIME MILITARY POLICE ARRIVED AT ACCIDENT (Hour) 0715 | | YES | NO |
|---|---|---|---|---|
| f. WHERE ELSE WAS INVESTIGATION MADE? | h. DID MILITARY OPERATOR COMPLETE DD FORM 518 (Accident Identification Card)? | | | |
| g. IF OFF MILITARY RESERVATION, WHO ELSE CONDUCTED AN INVESTIGATION? (If other agency conducted complete investigation, so indicate) | i. DID MILITARY OPERATOR COMPLETE SF FORM 91 (Motor Vehicle Accident Report)? | | | |
| | j. WAS FORM COMPLETED FROM ON SCENE INVESTIGATION? (If not, explain)? | | X | |

| k. DATE | l. TYPED OR PRINTED NAME AND GRADE OF INVESTIGATOR | m. INVESTIGATOR'S SIGNATURE AND GRADE |
|---|---|---|
| | | |

| n. DATE APPROVED | o. APPROVED BY | p. ENCLOSURES | q. DISTRIBUTION |
|---|---|---|---|
| | | | |

DA FORM 3946, DEC 1998    Page 4 of 5

FOR OFFICIAL USE ONLY

# WRITTEN STATEMENT OF PLAINTIFF

**SWORN STATEMENT**

For use of this form, see AR 190-45; the proponent agency is ODCSOPS

**PRIVACY ACT STATEMENT**

| | |
|---|---|
| AUTHORITY: | Title 10 USC Section 301; Title 5 USC Section 2951; E.O. 9397 dated November 22, 1943 (SSN). |
| PRINCIPAL PURPOSE: | To provide commanders and law enforcement officials with means by which information may be accurately identified. |
| ROUTINE USES: | Your social security number is used as an additional/alternate means of identification to facilitate filing and retrieval. |
| DISCLOSURE: | Disclosure of your social security number is voluntary. |

| 1. LOCATION PMO Bldg 12 WRAMC | 2. DATE (YYYYMMDD) 20030328 | 3. TIME 0730 | 4. FILE NUMBER 0108-03 |
|---|---|---|---|
| 5. LAST NAME, FIRST NAME, MIDDLE NAME Smith, Robert D. | | 6. SSN 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 | 7. GRADE/STATUS E-3 AD |

8. ORGANIZATION OR ADDRESS A. Co. WRAMC 6900 Georgia Ave NW Washington, DC 2030;.

9. I, Pfc Smith, Robert D. , WANT TO MAKE THE FOLLOWING STATEMENT UNDER OATH: On 28 Mar 03
at 0630, I was performing a Random vehicle search, we performed the
proper search and Returned ID to individual, who then asked if
they could back up to go to parking garage, I told them no, because
traffic was Bad and we couldn't hold all those cars up. I instructed
the person to follow the circle in front of the building around to
the other side and park in the garage from there. She entered
her vehicle then I stepped around the vehicle to replace a cone
as I moved towards the Rear of the vehicle it moved forward
so I stepped in to replace the cone. as I looked up I was
struck by the vehicle in the hip. Jerring me. we asked her to
exit vehicle, talked to her as to why she wasn't paying attention.
She was very hard to talk to. She kept saying she had to Be to
work as if she was in a hurry. I was so mad I was afraid
I would lose my temper so I walked away as they instructed
her to move out. then the Lt. from the mp's came over after
talking to the spc. on duty and said I should Report the accident
and be seen. we then notified SOG. ——— END OF STATEMENT

Q: ORTIZ
A: Smith.

Q: IN which Direction was the Driver instructed To Go?
A: Instructed Driver she could not backup. told her to go forward around circle↓'

Q: Where did the Vehicle strike you?          FOR OFFICIAL USE ONLY
A: Left hip/thigh

| 10. EXHIBIT | 11. INITIALS OF PERSON MAKING STATEMENT | PAGE 1 OF ___1___ PAGES |
|---|---|---|

TAKEN AT _____ DATED _____

ADDITIONAL PAGES MUST CONTAIN THE HEADING "STATEMENT OF _____

THE BOTTOM OF EACH ADDITIONAL PAGE MUST BEAR THE INITIALS OF THE PERSON MAKING THE STATEMENT, AND PAGE NUMBER MUST BE BE INDICATED.

DA FORM 2823, DEC 1998          DA FORM 2823, JUL 72, IS OBSOLETE          USAPA V1.00

**SWORN STATEMENT**
For use of this form, see AR 190-45; the proponent agency is ODCSOPS

PRIVACY ACT STATEMENT

| AUTHORITY: | Title 10 USC Section 301; Title 5 USC Section 2951; E.O. 9397 dated November 22, 1943 (SSN). |
|---|---|
| PRINCIPAL PURPOSE: | To provide commanders and law enforcement officials with means by which information may be accurately identified. |
| ROUTINE USES: | Your social security number is used as an additional/alternate means of identification to facilitate filing and retrieval. |
| DISCLOSURE: | Disclosure of your social security number is voluntary. |

| 1. LOCATION PMO Bldg 12 WRAMC | 2. DATE (YYYYMMDD) 20030328 | 3. TIME 0730 | 4. FILE NUMBER 110105-03 |
|---|---|---|---|
| 5. LAST NAME, FIRST NAME, MIDDLE NAME Smith, Robert D. | 6. SSN 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 | | 7. GRADE/STATUS E-3 AD |

8. ORGANIZATION OR ADDRESS  A. Co. WRAMC 6900 Georgia Ave NW Washington, DC 20307

9.
PFc Smith, Robert D. _____, WANT TO MAKE THE FOLLOWING STATEMENT UNDER OATH: On 28 Mar 03 at 0630, I was performing a Random vehicle search, who then asked if proper search and Returned ID to individual, who then asked if they could back up to go to parking garage, I told them no, because traffic was bad and we couldn't hold all those cars up. I instructed the person to follow the circle in front of the Building around to the other side and park in the garage from there. She entered her vehicle then I stepped around the vehicle to Replace a cone as I moved towards the Rear of the vehicle it moved forward so I stepped in to Replace the cone. As I looked up I was struck by the vehicle in the hip. Jarring me. we asked her to exit vehicle, talked to her as to why she wasn't paying attention. She was very hard to talk to. She kept saying she had to be to work as if she was in a hurry. I was so mad I was afraid I would lose my temper so I walked away as they instructed her to move out. then the Lt from the MP's came over after talking to the SPC on duty and said I should Report the accident and be seen. we then notified SOG. — END OF STATEMENT

Q: ORTIZ
A: Smith.

Q: IN Which Direction was the Driver instructed To Go?
A: Instructed driver she could not backup. Told her to go forward around circle.

Q: Where did the Vehicle strike you?       FOR OFFICIAL USE ONLY
A: area hip / thigh

| 10. EXHIBIT | 11. INITIALS OF PERSON MAKING STATEMENT | PAGE 1 OF 1 PAGES |
|---|---|---|
| | TAKEN AT _____ DATED _____ | |

ADDITIONAL PAGES MUST CONTAIN THE HEADING "STATEMENT OF _____

THE BOTTOM OF EACH ADDITIONAL PAGE MUST BEAR THE INITIALS OF THE PERSON MAKING THE STATEMENT, AND PAGE NUMBER MUST BE BE INDICATED.

DA FORM 2823, DEC 1998        DA FORM 2823, JUL 72, IS OBSOLETE        USAPA V1.00

## SWORN STATEMENT

For use of this form, see AR 190-45; the proponent agency is ODCSOPS

### PRIVACY ACT STATEMENT

**AUTHORITY:** Title 10 USC Section 301; Title 5 USC Section 2951; E.O. 9397 dated November 22, 1943 (SSN).

**PRINCIPAL PURPOSE:** To provide commanders and law enforcement officials with means by which information may be accurately identified.

**ROUTINE USES:** Your social security number is used as an additional/alternate means of identification to facilitate filing and retrieval.

**DISCLOSURE:** Disclosure of your social security number is voluntary.

| 1. LOCATION PMO Bldg 12 WRAMC | 2. DATE (YYYYMMDD) 20030325 | 3. TIME 0730 | 4. FILE NUMBER 10105-03 |
|---|---|---|---|

| 5. LAST NAME, FIRST NAME, MIDDLE NAME Smith, Robert D. | 6. SSN 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 | 7. GRADE/STATUS E-5 AD |
|---|---|---|

8. ORGANIZATION OR ADDRESS A. Co. WRAMC 6900 Georgia Ave NW Washington, DC 2030;

9.

I, Pfc. Smith, Robert D. _____ WANT TO MAKE THE FOLLOWING STATEMENT UNDER OATH: On 25 Apr 03 at 0630, I was performing a Random vehicle search, we performed the proper search and Returned ID to individual, who then asked if they could back up to go to parking garage, I told them no, because traffic was bad and we couldn't hold all those cars up. I instructed the person to follow the circle in front of the building around to the other side and park in the garage from there. She entered her vehicle then I stepped around the vehicle to Replace scone as I moved towards the Rear of the vehicle it moved forward so I stepped in to Replace the cone. as I looked up I was struck by the vehicle in the hip. Jarring me. we asked her to exit vehicle, talked to her as to why she wasn't paying attention. She was very hard to talk to. She kept saying she had to be to work as if she was in a hurry. I was so mad I was afraid I would lose my temper so I walked away as they instructed her to move out. then the Lt from the MP's came over after talking to the spc on duty and said I should Report the accident and be seen. we then notified SOG. —— END OF STATEMENT

Q: ORTIZ

A: Smith.

Q: IN Which Direction was the Driver instructed To Go?

A: Instructed Driver she could not backup. told her to go forward around circle.

Q: Where did the vehicle strike you?

A: Right hip / thigh          FOR OFFICIAL USE ONLY

| 10. EXHIBIT | 11. INITIALS OF PERSON MAKING STATEMENT | PAGE 1 OF 1 PAGES |
|---|---|---|

ADDITIONAL PAGES MUST CONTAIN THE HEADING "STATEMENT OF ____ TAKEN AT ____ DATED ____"

THE BOTTOM OF EACH ADDITIONAL PAGE MUST BEAR THE INITIALS OF THE PERSON MAKING THE STATEMENT, AND PAGE NUMBER MUST BE BE INDICATED.

DA FORM 2823, DEC 1998          DA FORM 2823, JUL 72, IS OBSOLETE          USAPA V1.00

# WRITTEN STATEMENT OF DEFENDANT

**SWORN STATEMENT**

For use of this form, see AR 190-45; the proponent agency is ODCSOPS

PRIVACY ACT STATEMENT

| | |
|---|---|
| AUTHORITY: | Title 10 USC Section 301; Title 5 USC Section 2951; E.O. 9397 dated November 22, 1943 (SSN). |
| PRINCIPAL PURPOSE: | To provide commanders and law enforcement officials with means by which information may be accurately identified. |
| ROUTINE USES: | Your social security number is used as an additional/alternate means of identification to facilitate filing and retrieval. |
| DISCLOSURE: | Disclosure of your social security number is voluntary. |

| 1. LOCATION | 2. DATE (YYYYMMDD) | 3. TIME | 4. FILE NUMBER |
|---|---|---|---|
| PALO Bldg 12 WRAMC | 20030325 | 0758 | 00106-03 |

| 5. LAST NAME, FIRST NAME, MIDDLE NAME | 6. SSN | 7. GRADE/STATUS |
|---|---|---|
| STARES LISA C | 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 | GS12 |

8. ORGANIZATION OR ADDRESS
DOI 6900 Georgia Ave. N.W. Wash. DC 20011

9. I, Lisa C. STARES _____ WANT TO MAKE THE FOLLOWING STATEMENT UNDER OATH: ...

On 25 March 2003 @ approx 0630 I drove into the gates of
Walter Reed Army Medical Center. I was ask to drive straight
through to have my car inspected. I got out of my car and
was asked to open all doors, trunk and hood. I told them that
I didn't know how to open the hood so they told me to
pull the knob in the car. to open it. After they checked the
car I was given my ID badge back and told I could
leave. I got in my car look in the back window which
was still a fog and very difficult I couldn't see any
thing or one behind me. As I put my car in reverse &
backed up I heard a rattling noise. I got out of the
car & the PFC said I hit him on the leg. I than asked him
what did he want me to do. His response was "MA 'am just
leave. I then said, "you said I hit you, what do you want me
to do? He then looked @ the SFC and said, "man will you
tell her to just go. The SFC then told me to get in the car
and leave. I asked him which direction should I go. 
He told me to go around the campus to Rambough which
I did. ———— END OF Statement ————

| 10. EXHIBIT | 11. INITIALS OF PERSON MAKING STATEMENT | PAGE 1 OF _____ PAGES |
|---|---|---|

ADDITIONAL PAGES MUST CONTAIN THE HEADING "STATEMENT OF _____ TAKEN AT _____ DATED _____

THE BOTTOM OF EACH ADDITIONAL PAGE MUST BEAR THE INITIALS OF THE PERSON MAKING THE STATEMENT, AND PAGE NUMBER MUST BE BE INDICATED.

DA FORM 2823, DEC 1998          DA FORM 2823, JUL 72, IS OBSOLETE          USAPA V1

STATEMENT OF _____LISA C. STARKS_____ TAKEN AT _____ DATED _____

9. STATEMENT *(Continued)*

Q: ORTIZ

A: Starks.

Q: IN which Direction Did the Person doing inspection ASK you to go After the inspection?

A: I Assumed since they saw my CAR sticker I could back up and go Around to the gArage. I was not given Any instructions. *LS*

Q: IN which direction were you trying to go?

A: I was try to get to the north Road *LS*

Q: ~~was~~ Did you have Proper View of your Rear while backing? No *LS*

Q: ANY other StAtements At this time?

A: I wished I had Asked the person in charge what should I do since he said I hit him. *LS* ———— END *LS*————

**AFFIDAVIT**

I, _____LISA Cheryl Starks_____ , HAVE READ OR HAVE HAD READ TO ME THIS STATEMENT WHICH BEGINS ON PAGE 1, AND ENDS ON PAGE _____ . I FULLY UNDERSTAND THE CONTENTS OF THE ENTIRE STATEMENT MADE BY ME. THE STATEMENT IS TRUE. I HAVE INITIALED ALL CORRECTIONS AND HAVE INITIALED THE BOTTOM OF EACH PAGE CONTAINING THE STATEMENT. I HAVE MADE THIS STATEMENT FREELY WITHOUT HOPE OF BENEFIT OR REWARD, WITHOUT THREAT OF PUNISHMENT, AND WITHOUT COERCION, UNLAWFUL INFLUENCE, OR UNLAWFUL INDUCEMENT.

*(Signature of Person Making Statement)*

Subscribed and sworn to before me, a person authorized by law to administer oaths, this _____ day of _____

WITNESSES:

at _____

_____
_____
ORGANIZATION OR ADDRESS

_____
*(Signature of Person Administering Oath)*

_____
_____
ORGANIZATION OR ADDRESS

_____
*(Typed Name of Person Administering Oath)*

_____
*(Authority To Administer Oaths)*

INITIALS OF PERSON MAKING STATEMENT        PAGE ___ OF ___ PAGES

# VARIOUS MEDICAL RECORDS WITH
# GREATER METROPOLITAN ORTHOPAEDICS
# AND
# WALTER REED ARMY MEDICAL CENTER

JEFFREY F. GHENT, M.D
DENNIS A. CARLINI, M.D
EDWARD C. RABBITT, M.D
ALAN G. SCHREIBER, M.D
JOHN P. BYRNE, M.D
CHESTER A. DiLALLO, M.D
VESTINIA BRIDGES, M.D
SCOTT G. EDWARDS, M.D
CHEE-HAHN HENG, M.D

*ORTHOPEDIC SURGERY*
*HAND SURGERY*
*FOOT SURGERY*
*SPORTS MEDICINE*
*PHYSICAL THERAPY*
*WORK HARDENING*



March 7, 2005

**Re: Robert Smith**
**Patient ID: 120204**

**HISTORY OF PRESENT ILLNESS:** The patient is seen for evaluation. He is a 26-year-old male having basically chronic pain in his lower back secondary to an MVA in which he was involved about two years ago back in April 2003. At that time he was active duty military and was inspecting a car at Walter Reed Hospital. Apparently the car backed up and ran into him. The car actually hit him in the back. He was thrown up on the trunk of the car and then went flying forward. The patient was seen at the emergency room at Mount Vernon but no x-rays were taken. He was seen by various medical physicians. He finally had some x-rays which showed a question of an L4 superior end plate fracture. That fracture had pretty much healed. X-rays show there is a fleck of bone there right between the disc space at L3-L4. The top of L4 has an old end plate fracture. I would like to get an MRI scan to see what is going on but there was also a question of an L5 spondylolysis on the right side at L5. There may be an old fracture as there is evidence of radiculopathy with pain radiating to his right leg as well. He is currently taking no medications except for some intermittent Darvocet.

**PAST MEDICAL HISTORY:** Noncontributory.

**REVIEW OF SYSTEMS:** Noncontributory for all ten systems.

**PHYSICAL EXAMINATION:** The patient is alert and oriented times three. Vital signs are stable. He has normal sensory and motor functions of both upper and lower extremities. There are plus three reflexes of the knees and ankles. There is no evidence of any neurological deficit in the upper or lower extremities. He has tenderness in the lower back area.

**IMPRESSION:** At the current time he has a chronic myoligamentous strain.

**PLAN:** We will go ahead and get an MRI scan and see if we are dealing with any other process going on in the back. We will also put him on some Mobic and see him back next week to see

CLINTON OFFICE
8928 Woodyard Road
Suite 701
Clinton, MD 20735
Tel (301) 856-1882
Fax (301) 856-0984

Physical Therapy
Tel (301) 868-6600
Fax (301) 856-5573

WALDORF OFFICE
11325 Pembrooke Square
Suite 115
Waldorf, MD 20735
Tel (301) 645-9100
Fax (301) 843-2946

Physical Therapy
Tel (301) 638-5313
Fax (301) 645-5343

WASHINGTON, D.C. OFFICE
1145 19th Street, N.W
Suite 802
Washington, D.C 20036
Tel (202) 775-8428
Fax (202) 728-0775

Physical Therapy
Tel (202) 775-8428
Fax (202) 728-0775

ALEXANDRIA OFFICE
6355 Walker Lane
Suite 501
Alexandria, VA 23310
Tel (703) 971-3701
Fax (703) 971-0958

Physical Therapy
Tel (703) 971-3701
Fax (703) 971-0958

LANHAM OFFICE
9118 Good Luck
Road
Suite 401
Lanham, MD 20706

Tel (301) 552-8871
Fax (301) 556-8878

ROBERT SMITH
PAGE 2

how he is progressing with this.

Alan G. Schreiber, M.D.
Dictated-Not-Read

CLINTON OFFICE

4926 Woodyard Road
Suite 701
Clinton, MD 20735
Tel (301) 856-1682
Fax (301) 856-0984

Physical Therapy
Tel (301) 868-8600
Fax (301) 856-5573

WALDORF OFFICE

11325 Pembrooke Square
Suite 115
Waldorf, MD 20735
Tel (301) 645-8130
Fax (301) 843-2948

Physical Therapy
Tel (301) 638-5313
Fax (301) 645-5343

WASHINGTON, D.C. OFFICE

1145 19th Street, N.W.
Suite 802
Washington, D.C. 20036
Tel (202) 775-8428
Fax (202) 728-0775

Physical Therapy
Tel (202) 775-8428
Fax (202) 728-0775

ALEXANDRIA OFFICE

6355 Walker Lane
Suite 901
Alexandria, VA 23310
Tel (703) 971-3701
Fax (703) 971-0958

Physical Therapy
Tel (703) 971-3701
Fax (703) 971-0958

LANHAM OFFICE

8118 Good Luck
Road
Suite 401
Lanham, MD 20706

Tel (301) 552-8871
Fax (301) 558-8878



JEFFREY D. SADLOFF, M.D.
DENNIS A. CARLINI, M.D.
EDWARD C. RABBITT, M.D.
ALAN G. SCHREIBER, M.D.
JOHN P. BYRNE, M.D.
CHESTER A. DILALLO, M.D.
VESTINIA BRIDGES, M.D.
SCOTT G. EDWARDS, M.D.
CHEE-HAHN HUNG, M.D.

ORTHOPEDIC SURGERY
HAND SURGERY
SPORTS MEDICINE
PHYSICAL THERAPY
WORK HARDENING

April 4, 2005

Re: Robert Smith
**Patient ID:** 120204

The patient is seen in follow-up. He has had the MRI scan of his back which basically shows just some disc degeneration at 3-4. Otherwise, the MRI scan looks okay. There is no evidence of any herniation. It is pretty much just axial back pain. He has tenderness over the facet joints at L4-L5 and L5-S1 on the right side. I think he would benefit from a facet joint injection at this point. If he responds favorably to the injection, he might be a good candidate for a rhizotomy as well. We will set him up with Dr. Haung if we can and we will see him back following Dr. Haung's evaluation and the injections and see how he is progressing with this.

Alan G. Schreiber, M.D.
Dictated-Not-Read

AGS

CLINTON OFFICE

8928 Woodyard Road
Suite 701
Clinton, MD 20735
Tel (301) 856-1682
Fax (301) 856-0964

Physical Therapy
Tel (301) 868-8600
Fax (301) 856-5573

WALDORF OFFICE

11325 Pembrooke Square
Suite 115
Waldorf, MD 20735
Tel (301) 645-9130
Fax (301) 843-2946

Physical Therapy
Tel (301) 638-5313
Fax (301) 645-5343

WASHINGTON, D.C. OFFICE

1145 19th Street, N.W.
Suite 602
Washington, D.C. 20036
Tel (202) 775-8428
Fax (202) 728-0775

Physical Therapy
Tel (202) 775-8428
Fax (202) 728-0775

ALEXANDRIA OFFICE

6355 Walker Lane
Suite 501
Alexandria, VA 23310
Tel (703) 971-3701
Fax (703) 971-0958

Physical Therapy
Tel (703) 971-3701
Fax (703) 971-0958

LANHAM OFFICE

8118 Good Luck
Road
Suite 401
Lanham, MD 20708

Tel (301) 552-8871
Fax (301) 558-8878

JEFFREY D. SABLOFF, M.D.
DENNIS A. CARLINI, M.D.
EDWARD C. RABBITT, M.D.
ALAN G SCHREIBER, M.D.
JOHN P. BYRNE, M.D.
CHESTER A. DiLALLO, M.D.
VESTINIA BRIDGES, M.D.
SCOTT G EDWARDS, M.D.
CHEE-HAHN HUNG, M.D.



ORTHOPEDIC SURGERY
SPINE SURGERY
HAND SURGERY
SPORTS MEDICINE
PHYSICAL THERAPY
WORK HARDENING

May 18, 2005

**Re:** Robert Smith
**Patient ID:** 120204

**HISTORY OF PRESENT ILLNESS:** This is a 26-year-old man who was hurt in April 2003 while in guard duty. He was hit by a car. The patient developed a L4 superior lumbar body fracture and he has had pain that has gradually gotten worse since then traveling down his right leg, but does not radiate below the knee. It is sharp and stabbing, burning, dull, deep, sore, and throbbing and shooting, all the time and has flare-ups which go up to 8/10 in intensity, made worse by standing, walking, care rides, sitting, and nothing except Ultram makes it better.

**SOCIAL HISTORY:** The patient's pain prevents from sitting, standing for long periods of time, and doing physical activities. He smokes less than a pack a day and he drinks one to two alcoholic drinks a week and he works as a software person. He works at monster.com.

**RECENT STUDIES:** 1. MRI of the lumbar spine on March 17, 2005 shows degenerative disc changes at L3-L4. No significant impingement, and no significant disc herniation. 2. The patient had x-rays of the lumbar spine, which show a probable old healed fracture of the superior L4 vertebral and degenerative disc disease at L4-L5 done on September 2003.

**PAST SURGICAL HISTORY:** The patient has physical therapy at Water Reed Hospital. No injections. No surgeries.

**CURRENT MEDICATIONS:** Ultram, which helps, but does make the patient woozy.

**ALLERGIES:** No true drug allergies. However, the patient has been on MS Contin, which made him high and he was not able to tolerate it. Bextra, Percocet, Flexeril, and Motrin, which gave no relief and Darvocet, which gave stomach upset. The patient was also on Pamelor 25 mg. The patient does not recall relief.

**REVIEW OF SYSTEMS:** Ten-system review of systems positive for history of heartburn and

CLINTON OFFICE
8926 Woodyard Road
Suite 701
Clinton, MD 20735
Tel (301) 856-1882
Fax (301) 856-0964

Physical Therapy
Tel (301) 868-6600
Fax (301) 856-5573

WALDORF OFFICE
11325 Pembrooke Square
Suite 115
Waldorf, MD 20735
Tel (301) 645-9133
Fax (301) 843-2948

Physical Therapy
Tel (301) 858-5313
Fax (301) 645-3343

WASHINGTON, D.C. OFFICE
1145 19th Street, N.W.
Suite 602
Washington, D.C. 20036
Tel (202) 775-8428
Fax (202) 728-0775

Physical Therapy
Tel (202) 775-8428
Fax (202) 728-0775

ALEXANDRIA OFFICE
8358 Walker Lane
Suite 501
Alexandria, VA 23310
Tel (703) 971-3701
Fax (703) 971-0958

Physical Therapy
Tel (703) 971-3701
Fax (703) 971-0958

LANHAM OFFICE
6118 Good Luck
Road
Suite 401
Lanham, MD 20706

Tel (301) 552-4871
Fax (301) 552-8874

indigestion.

**PAST MEDICAL HISTORY:** Acid reflux.

**FAMILY HISTORY:** No issues.

**PHYSICAL EXAMINATION:** Blood pressure 153/97. Height is 5 feet 9 inches. Weight 242 pounds. Body mass index greater than 25. Significant findings: The patient has 8/10 pain with lumbar hyperextension and twisting to left and right and only 6/10 with lumbar flexion. He is tender over bilateral lumbar paraspinals from the L2 through L5 region on the right and the L2-L3 region on the left. Straight leg raises show back pain bilateral legs.

Normal findings: The patient has no pain with hip internal or external rotation, bilateral legs. +2 reflexes bilateral patella and ankle. There is 5/5 strength in the bilateral ankle plantar flexors and ankle dorsiflexors. He is nontender to palpation over the bilateral greater trochanter and iliotibial band. There is no instabilities, spasticity, or skin rash in the bilateral legs or spin or pelvis.

**ASSESSMENT:** Degenerative disc disease, lumbar spine.

**PLAN:** I will give the patient samples of Mobic,15 mg once a day. He was given a prescription by Dr. Schreiber for Mobic, but he has not filled it yet and has not tried it yet.

Chee-Hahn Hung, M.D.
CH/IT1

CLINTON OFFICE
8926 Woodyard Road
Suite 701
Clinton, MD 20735
Tel (301) 856-1882
Fax (301) 856-0984
Physical Therapy
Tel (301) 868-6800
Fax (301) 856-8573

WALDORF OFFICE
11325 Pembrooke Square
Suite 115
Waldorf, MD 20735
Tel (301) 845-8130
Fax (301) 843-2848
Physical Therapy
Tel (301) 638-5313
Fax (301) 645-5343

WASHINGTON, D.C. OFFICE
1145 19th Street, N.W
Suite 602
Washington, D.C. 20036
Tel (202) 775-8428
Fax (202) 728-0775
Physical Therapy
Tel (202) 775-8428
Fax (202) 728-0775

ALEXANDRIA OFFICE
6355 Walker Lane
Suite 501
Alexandria, VA 22310
Tel (703) 971-3701
Fax (703) 971-0958
Physical Therapy
Tel (703) 971-3701
Fax (703) 971-0958

LANHAM OFFICE
8118 Good Luck Road
Suite 401
Lanham, MD 20706
Tel (301) 552-8871
Fax (301) 552-8878

JEFFREY D. SABLOFF, M.D.
DENNIS A. CARLINI, M.D.
EDWARD C. RABBITT, M.D.
ALAN G. SCHREIBER, M.D.
JOHN P. BYRNE, M.D.
CHESTER A. DILALLO, M.D.
VESTINIA BRIDGES, M.D.
SCOTT G. EDWARDS, M.D.
CHEE-HAHN HUNG, M.D.



*ORTHOPEDIC SURGERY*
*SPINE SURGERY*
*HAND SURGERY*
*SPORTS MEDICINE*
*PHYSICAL THERAPY*
*WORK HARDENING*

July 21, 2005

Re: Robert D. Smith
Patient ID: 120204

**HISTORY OF PRESENT ILLNESS:** Mr. Smith had bilateral lumbar facet blocks six days ago and he had no relief with them. In fact, he feels worse right now. Pain is in his low back and will radiate down his right leg all way down to his right foot where his right foot feels like it is asleep and he also has some soreness and sharpness and burning, goes up to 6/10 in intensity and the MOBIC is not really helping.

**REVIEW OF SYSTEMS:** 10 system review of system is positive for difficulty sleeping and numbness and tingling in his right foot and also poor concentration.

**ASSESSMENT:** Degenerative disc disease, lumbar spine at L4-5 and L3-4 and old healed fracture of the superior L4 vertebrae.

**PLAN:**
1. I have scheduled the patient for lumbar epidural steroid injections times three to the right epidural interspace.
2. Start the patient on DARVOCET-N 100 one tablet every four hours as needed for pain, dispensed # 108 tablets with no refills. The patient has had DARVOCET before.


Chee-Hahn Hung, M.D.
CH

CLINTON OFFICE

3926 Woodyard Road
Suite 701
Clinton, MD 20735
Tel (301) 856-1662
Fax (301) 856-0964

Physical Therapy
Tel (301) 868-0600
Fax (301) 856-5573

WALDORF OFFICE

11325 Pembrooke Square
Suite 115
Waldorf, MD 20735
Tel (301) 645-8130
Fax (301) 843-2940

Physical Therapy
Tel (301) 938-5313
Fax (301) 645-5343

WASHINGTON, D.C. OFFICE

1145 19th Street, N.W.
Suite 602
Washington, D.C. 20036
Tel (202) 775-8428
Fax (202) 728-0775

Physical Therapy
Tel (202) 775-8428
Fax (202) 728-0775

ALEXANDRIA OFFICE

6355 Walker Lane
Suite 501
Alexandria, VA 23310
Tel (703) 871-3701
Fax (703) 871-0958

Physical Therapy
Tel (703) 871-3701
Fax (703) 871-0958

LANHAM OFFICE

8118 Good Luck
Road
Suite 401
Lanham, MD 20706


Tel (301) 552-8871
Fax (301) 556-8878

# PHYSICAL PROFILE
For use of this form, see AR 40-501; the proponent agency is the Office of The Surgeon General

| 1. MEDICAL CONDITION | 2. | | | | | | |
|---|---|---|---|---|---|---|---|
| Low Back Pain S/P Trauma | | P | U | L | H | E | S |
| | | 1 | 1 | T3 | 1 | 1 | 1 |
| | | | | | CODES | | |

**8. ASSIGNMENT LIMITATIONS ARE AS FOLLOWS**

No PT for 3 wks.

| 4. THIS PROFILE IS | ☐ PERMANENT | ☒ TEMPORARY EXPIRATION DATE: | 28 MAY 03 |
|---|---|---|---|

**5. THE ABOVE STATED MEDICAL CONDITION SHOULD NOT PREVENT THE INDIVIDUAL FROM DOING THE FOLLOWING ACTIVITIES**

| | | | |
|---|---|---|---|
| ☒ Groin Stretch | ☐ Thigh Stretch | ☐ Lower Back Stretch | ☒ Neck & Shoulder Stretch | ☒ Neck Stretch |
| ☐ Hip Raise | ☐ Quads Stretch & Bal. | ☐ Single Knee to Chest | ☒ Upper Back Stretch | ☒ Ankle Stretch |
| ☐ Knee Bender | ☒ Calf Stretch | ☐ Straight Leg Raise | ☒ Chest Stretch | ☐ Hip Stretch |
| ☐ Side-Straddle Hop | ☐ Long Sit | ☐ Elongation Stretch | ☒ One-Arm Side Stretch | ☐ Upper Body Wt Tng |
| ☐ High Jumper | ☐ Hamstring Stretch | ☐ Turn and Bounce | ☒ Two-Arm Side Stretch | ☐ Lower Body Wt Tng |
| ☐ Jogging in Place | ☐ Hams. & Calf Stretch | ☐ Turn and Bend | ☐ Side Bender | ☐ All |

**6. AEROBIC CONDITIONING EXERCISES**

☐ Walk at Own Pace and Distance
☐ Run at Own Pace and Distance
☐ Bicycle at Own Pace and Distance
☐ Swim at Own Pace and Distance
☐ Walk or Run in Pool at Own Pace

☐ Unlimited Walking
☐ Unlimited Running
☐ Unlimited Bicycling
☐ Unlimited Swimming

☐ Run at Training Heart Rate for ___ Min.
☐ Bicycle at Training Heart Rate for ___ Min.
☐ Swim at Training Heart Rate for ___ Min.

**7. FUNCTIONAL ACTIVITIES**

☐ Wear Backpack (40 Lbs.)
☒ Wear Helmet
☒ Carry Rifle
☐ Fire Rifle

With Hearing Protection
☐ KP/Mopping/Mowing Grass
☐ Marching Up to ___ Miles
☐ Lift Up to ___ Pounds
☐ All

**PHYSICAL FITNESS TEST**

☐ Two Mile Run        ☐ Walk
☐ Push-Ups            ☐ Swim
☐ Sit-Ups             ☐ Bicycle

**8. TRAINING HEART RATE FORMULA**

MALES 220        FEMALES 225

MINUS (−) AGE
MINUS (−) RESTING HEART RATE
TIMES (×) % INTENSITY
PLUS (+) RESTING HEART RATE

50% EXTREMELY POOR CONDITION
60% HEALTHY, SEDENTARY INDIVIDUAL
70% MODERATELY ACTIVE, MAINTENANCE
80% WELL TRAINED INDIVIDUAL

**9. OTHER**

| TYPED NAME AND GRADE OF PROFILING OFFICER | SIGNATURE | DATE |
|---|---|---|
| Jason M. Lake, MD  CPT, MC, USA | (752-1774) | 07 MAY 03 |
| TYPED NAME AND GRADE OF PROFILING OFFICER | SIGNATURE | DATE |

**ACTION BY APPROVING AUTHORITY**

| PERMANENT CHANGE OF PROFILE | ☐ APPROVED | ☐ NOT APPROVED | |
|---|---|---|---|
| TYPED NAME, GRADE & TITLE OF APPROVING AUTHORITY | SIGNATURE | | DATE |

**ACTION BY UNIT COMMANDER**

| THIS PERMANENT CHANGE IN PROFILE SERIAL | ☐ DOES | ☐ DOES NOT REQUIRE A CHANGE IN MEMBER'S | |
|---|---|---|---|
| ☐ MILITARY OCCUPATIONAL SPECIALTY | ☐ DUTY ASSIGNMENT | BECAUSE: | |

| TYPED NAME AND GRADE OF UNIT COMMANDER | SIGNATURE | DATE |
|---|---|---|

| PATIENT'S IDENTIFICATION (For typed or written entries give: Name (last, first, middle); grade; SSN; hospital or medical facility) | UNIT |
|---|---|
| Smith, Robert | ISSUING CLINIC AND PHONE NUMBER |
| 20/4867 | DISTRIBUTION<br>UNIT COMMANDER — ORIGINAL & 1 COPY<br>HEALTH RECORD JACKET — 1 COPY<br>CLINIC FILE — 1 COPY<br>MILPO — 1 COPY |

**DA FORM 3349, MAY 86**    REPLACES DA FORM 5302-R (TEST) DATED FEB 84 AND DA FORM 3349 DATED 1 JUN 80, WHICH ARE OBSOLETE

Personal Data - Privacy Act o  1974 (PL 93-579) Automated Versio  of SF600
Date: 07 May 2003  0929                    Clinic: INT MED PCC WR
Provider: LAKE,JASON M                     Division: WALTER REED AMC

Problem List: *Return visit for*
*c/o LBP, ® hip + L Knee pain ~1mo. PL 5/10*
*following MVA X 1mo ago.*

Allergies:  None listed.  *NKDA*

Objective: BP(Sit/Stand): *147/69*  Pulse: *78*  Resp: ___  Temp: *97.4*
           BP(Supine): ___/___  Ht: *69"*  Wt: *227*

                                                           *C Stoke LPN*
Current Outpatient Medications:                        Ref  Last Filled

ACETAMINOPHEN--PO 500MG TAB,T2 TAB QID #100 RF3         3   05 Nov 2002
PROPOXYPHENE NAPS/ACETAMINOPHEN 100,T1 TAB PO Q4-6H PFP 1   30 Apr 2003

25 year old male with ACUT appointment.  *N. needs brights*   *LEAVE-FRI ≥ 27 mo y*

*24 yo ♂ who was struck by*          | Flight Status?  Y  N   |
*car T mi. ago (was on guard duty).* | PRP/NUC/CHEM?   Y  N   |
*Reports worsening of L-LBP, ® hip,* | Unit Notified?  Y  N/A |
*© knee.*
*Was seen by Dr Gottschalk last wk*      *PMH: PGM*
*+ given profil but pt reports not*
*filled out correctly. Reports back*      *PSH: T+A*
*pain ↑ c certain movements. Reports*         *Arm fx repair*
*knee pain exacerbated by standing.*
*Was referred to PT but hasn't yet started.*  *Meds: Aceta prn*
*Not waking up @ night. + bowl/bladder fcn.*      *ultram prn*
*+ fevers, chills. Reports dermacet not working well*
*Vitals meth___  ___ but feels ultram worked.*  *Ally: NKDA*
*Exam- who are MAD ↑BMI*

*Back- FROM. TTP L flank. Mild muscle*
*spasm. + point tenderness over spine.*
*Deep ty-...dis. SLR ⊖.*

*Ext- © Knee c FROM. + effusion.*
*+ instability.*

*A/P: ① Likely soft tissue contusion/*          *- 3wk profil.*       *c/u if worsening*
*strain*                                        *- No PT*
*- cont conservative management*                *- WlK @ own pace*      *Dr Dr Drty*
*c heat*                                         *+ distance*            *JM Lino*
*- make PT appt*                                                           *LAK...*
*- ultram 50mg q6 prn.*
*- Flexeril 10 q hs X 7days. (no aspartame nothing ?*
SMITH,ROBERT DUSTIN                *ordering)*              20/236214867        A11
22 Aug 1978                                     H: 866 343 4677    W: 202-782-6139
Spon: SMITH,ROBERT DUSTIN                       Rank: AE3
Unit:                                           RR: OUTPT RECORDS ROOM W

AUTHORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry) |
|---|---|

Physical Therapy Service
Walter Reed Army Medical Center
Washington D.C. 20307
(202) 712-6371

Date/Time: 10/2/03

P.T. CLINIC TREATMENT PROGRAM NOTE

Pnt is 28 y/o 1 Do¹ Marine Guard Duty when he was hit by car at low speeds. Pnt has R⊕ hip Lε, LBP ̄p. Pnt's req post requiring sit/standing. Pnt ̄c Behring as advocation. Pnt shortened hmst to 60° ⊕, ↑ rubers to ⊕ ⊕ gap (+) compression ⊕ ̄c ⊕ SI. Pnt ̄s spasm L>R, tp on gr track. 4 lerdosis. Poor posture ↑ slump, prop sits. 4 bl postatic positioning. Tight ITB



Pain Scale: 6/10 at rest, 10/10 with activity

A + P: ⊕ SI dysfun d/t traumatic shift, weak ligament stabilization, lumber/perespinal pn/spasm due to trauma. Pnt to avoid ↑ mech stress to ⊕ hip/SI. To benefit from lumber stab, SI stab pem, ̄s ROE ⊕ with ice. Pnt to be TOY for 3 mo. Hand written consult given for pem. Therex given long sit hmstr stretch, piriformis stretch, sideline ITB stretch. Pnt aware of goals of PT. Profile given.

Carla P. Keeler PT¹

Patient's Goal: ↓ pn ↑ ROM

Barriers to Learning: none

[ ] Pt/family educated regarding condition & demonstrated/verbalized understanding of exercise program and will comply with treatment plan

[ ] Treatment goals, options, risks, and benefits discussed with patient/family. Patient/family concurs with Rx plans and goals

[ ] Discharge Criteria: meeting established goals, maximum benefit achieved, and/or as per protocol

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
| Walter Reed Army Medical Center Washington D.C. 20307 | | Physical Therapy | |
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |

PATIENT'S IDENTIFICATION: (For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)

| | REGISTER NO. | | WARD NO. |

Smith, Robert
20/4867

CHRONOLOGICAL RECORD OF MEDICAL CARE
Medical Record
STANDARD FORM 600 (REV. 8-87)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

WRAMC OVERPRINT 614
JAN 01

513-110                                                    NSN 7540-00-634-4127

| MEDICAL RECORD | CONSULTATION SHEET |
|---|---|

## REQUEST

| TO: Camp Greyling PT | FROM: (Requesting physician or activity) WRAMC - PT | DATE OF REQUEST 21 June 03 |
|---|---|---|

REASON FOR REQUEST (complaints and findings)

Pnt c̄ ® SI dysfunction due to traumatic injury. Pirif. syndrome 2°
to inj. Pnt c̄ poor trunk stabilization & paraspinal spasm. Pnt to
benefit from pym for stabilization of trunk + SI.
Pnt hit by MV while on guard duty.

PROVISIONAL DIAGNOSIS

Piriformis syndrom, ® SI dysfxn

| DOCTOR'S SIGNATURE Carla P Alexis PT SR16C5 | APPROVED | PLACE OF CONSULTATION ☐ BEDSIDE ☐ ON CALL | ☐ ROUTINE ☐ 72 HOURS | ☐ TODAY ☐ EMERGENCY |
|---|---|---|---|---|

## CONSULTATION REPORT

| RECORD REVIEWED ☐ YES ☐ NO | PATIENT EXAMINED ☐ YES ☐ NO |
|---|---|

(Continue on reverse side)

| SIGNATURE AND TITLE | DATE |
|---|---|
| IDENTIFICATION NO. | ORGANIZATION | REGISTER NO. | WARD NO. |

PATIENT'S IDENTIFICATION (For typed or written entries give: Name—last, first, middle; grade; rank; rate; hospital or medical facility)

Smith, Robert
20/4867

CONSULTATION SHEET
Medical Record

STANDARD FORM 513 (REV. 8-82)
Prescribed by GSA/ICMR, FIRMR (41 CFR) 201-9.202-1

☆ U S GOVERNMENT PRINTING OFFICE 1995-391-784

PHYSICAL PROFILE

For use of this form, see AR 40-501; the proponent agency is the Office of The Surgeon General.

| 1. MEDICAL CONDITION | 2. | P | U | L | H | E | S | |
|---|---|---|---|---|---|---|---|---|
| (L) SI dysfun | | | | | | | | |
| | CODES | | | | | | | |

**3. ASSIGNMENT LIMITATIONS ARE AS FOLLOWS**

NO PT

| 4. THIS PROFILE IS | ☐ PERMANENT | ☑ TEMPORARY EXPIRATION DATE: 1/July 03 |
|---|---|---|

**5. THE ABOVE STATED MEDICAL CONDITION SHOULD NOT PREVENT THE INDIVIDUAL FROM DOING THE FOLLOWING ACTIVITIES**

| | | | | |
|---|---|---|---|---|
| ☐ Groin Stretch | ☐ Thigh Stretch | ☐ Lower Back Stretch | ☑ Neck & Shoulder Stretch | ☑ Neck Stretch |
| ☐ Hip Raise | ☑ Quads Stretch & Bal. | ☑ Single Knee to Chest | ☑ Upper Back Stretch | ☑ Ankle Stretch |
| ☐ Knee Bender | ☑ Calf Stretch | ☐ Straight Leg Raise | ☑ Chest Stretch | ☑ Hip Stretch |
| ☐ Side-Straddle Hop | ☐ Long Sit | ☐ Elongation Stretch | ☐ One-Arm Side Stretch | ☐ Upper Body Wt Tng |
| ☐ High Jump | ☑ Hamstring Stretch | ☐ Turn and Bounce | ☐ Two-Arm Side Stretch | ☐ Lower Body Wt Tng |
| ☐ Jogging in Place | ☑ Hams. & Calf Stretch | ☐ Turn and Bend | ☐ Side Bender | ☐ All |

**6. AEROBIC CONDITIONING EXERCISES**

☑ Walk at Own Pace and Distance
☐ Run at Own Pace and Distance
☐ Bicycle at Own Pace and Distance
☑ Swim at Own Pace and Distance
☑ Walk or Run in Pool at Own Pace

☐ Unlimited Walking
☐ Unlimited Running
☐ Unlimited Bicycling
☐ Unlimited Swimming

☐ Run at Training Heart Rate for _____ Min.
☐ Bicycle at Training Heart Rate for _____ Min.
☐ Swim at Training Heart Rate for _____ Min.

**7. FUNCTIONAL ACTIVITIES**

☐ Wear Backpack (40 Lbs.)
☐ Wear Helmet
☐ Carry Rifle
☐ Fire Rifle
   With Hearing Protection
☐ KP/Mopping/Mowing Grass
☐ Marching Up to _____ Miles
☐ Lift Up to _____ Pounds
☐ All

**PHYSICAL FITNESS TEST**

☐ Two Mile Run   ☐ Walk
☐ Push-Ups       ☐ Swim
☐ Sit-Ups        ☐ Bicycle

**8. TRAINING HEART RATE FORMULA**

MALES 220        FEMALES 225

MINUS (-) AGE
MINUS (-) RESTING HEART RATE
TIMES (X) % INTENSITY
PLUS (+) RESTING HEART RATE

50% EXTREMELY POOR CONDITION
60% HEALTHY, SEDENTARY INDIVIDUAL
70% MODERATELY ACTIVE, MAINTENANCE
80% WELL TRAINED INDIVIDUAL

**9. OTHER**

| TYPED NAME AND GRADE OF PROFILING OFFICER | SIGNATURE | DATE |
|---|---|---|
| Carla PAlexis RPT 2964 SR 1605 | | 2/June 03 |
| TYPED NAME AND GRADE OF PROFILING OFFICER | SIGNATURE | DATE |

**ACTION BY APPROVING AUTHORITY**

| PERMANENT CHANGE OF PROFILE | ☐ APPROVED | ☐ NOT APPROVED | |
|---|---|---|---|
| TYPED NAME, GRADE & TITLE OF APPROVING AUTHORITY | SIGNATURE | | DATE |

**ACTION BY UNIT COMMANDER**

| THIS PERMANENT CHANGE IN PROFILE SERIAL ☐ DOES ☐ DOES NOT REQUIRE A CHANGE IN MEMBER'S |
|---|
| ☐ MILITARY OCCUPATIONAL SPECIALTY ☐ DUTY ASSIGNMENT   BECAUSE: |

| TYPED NAME AND GRADE OF UNIT COMMANDER | SIGNATURE | DATE |
|---|---|---|

| PATIENT'S IDENTIFICATION (For typed or written entries give: Name (last, first, middle); grade; SSN; hospital or medical facility) | UNIT |
|---|---|
| Smith, Robert  20/4867 | ISSUING CLINIC AND PHONE NUMBER |
| | DISTRIBUTION |
| | UNIT COMMANDER - ORIGINAL & 1 COPY |
| | HEALTH RECORD JACKET - 1 COPY |
| | CLINIC FILE - 1 COPY |
| | MILPO - 1 COPY |

DA FORM 3349, MAY 86   REPLACES DA FORM 5302-R (TEST) DATED FEB 84 AND DA FORM 3349 DATED 1 JUN 80, WHICH ARE OBSOLETE   USAPPC V1.00

Personal Data - Privacy Act of 1974

Problem List:

Allergies: None listed.    NKA

Directive: BP/STG/Standi: 137/83    Pulse: 74    Resp: 22    Temp: 97

5 year old male with [ACUT] appointment. M. Pemb.

1) 25 y. wm c̄ c/o Pain in Hip / knee.

– Pt was hit by a car doing Guard Duty. Car bumped into his Leg

– "Not like a Fracture." — more constant ache.

– occ 2 3 wks ago.    polly myositis

Seen in 7 clinic

2) 132/83, P74, R22, T 97¹

NCAT
5.5 c̄ P0
CCTMO
A30 s, ft, wr
ext: p cl cl c̄

r/o ① Hip Pain
      – Look within
      – PT Referral.

₂ √

Personal Data - Privacy Act 1974  (PL 93-579)    Printed date: 09 Sep 2003@0810
                                                              Page: 1
RADIOLOGIC EXAMINATION REPORT

                                              FMP/SSN: 20/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
   Patient: SMITH,ROBERT DUSTIN
-------------------------------------------------------------------
WALTER REED AMC                               W DIAGNOSTIC RADIOLOGY
Procedure: L-SPINE, (3 VIEWS) AP&LAT W/SPOT   Exam Date: 28 Aug 2003@0830
Requested by: BERGERON,ANNETTE L              Status: COMPLETE
Ward/Clinic: PHYS THERAPY WR                  Exam #: 03331384
                                              Pregnant:

Reason for Order:
25 YO ad MALE W/ PALPABLE STEP-OFF L5; PLEASE EVAL FOR SPONDYLOLISTHESIS.
EXAM ALSO C/W L L3/4 RADICULITIS/-OPATHY. PLEASE R/O DDD L3-L5.


Order Comment:
-------------------------------------------------------------------
Result Code: SEE RADIOLOGIST'S REPORT

Report:

HISTORY:   25 year old male with palpable stepoff L5; please evaluate for
spondylolisthesis.

PROCEDURE:   Frontal and lateral spot views of the lumbar spine submitted
for interpretation with no prior studies available for comparison.

FINDINGS:
Examination of the L spine remarkable for probable old healed fracture of the
superior aspect of L4.  Small osteophyte formation inferior L3. Calcification
of the anterior longitudinal ligament at the level of L3-4.  Mild posterior
disk space narrowing also at this level.  No spondylolisthesis or
spondylolysis appreciated.  Soft tissues are unremarkable.

IMPRESSION:

1.  PROBABLE OLD HEALED FRACTURE SUPERIOR L4.

2.  DEGENERATIVE DISK DISEASE OF L3-4.

INFOPRO/LC/PAE  2188     D:28AUG03   1104


Transcription Date/Time:  28 Aug 2003@1416

Interpreted by: LILY CHU, LT, MC, USN
Supervised by: ELLEN M. CHUNG, MAJ, MC, USA


-------------------------------------------------------------------
20/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    SMITH,ROBERT DUSTIN       USA ACTIVE DUTY ENLISTED
                  22 Aug 1978 / MALE        H:866 343 4677  W:202-782-6139
                  Loc:
                  Spon: SMITH,ROBERT DUSTIN  Rank: PRIVATE F D:202-782-6139
SF519-B           Unit: NO LONGER ELIGIBLE   RR: OUTPT RECORDS ROOM W
O/Site Rec Loc: OUTPT RECORDS ROOM W-WALTER REED AMC

Personal Data - Privacy Act 1974  (PL 93-579)     Printed date: 09 Sep 2003@0810
                                                              Page: 2

RADIOLOGIC EXAMINATION REPORT

                                                  FMP/SSN: 20/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

  Patient: SMITH,ROBERT DUSTIN
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Approved by: LILY CHU, LT, MC, USN   02 Sep 2003@1021
Supervised by: ELLEN M. CHUNG, MAJ, MC, USA   02 Sep 2003@1854



- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

20/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          SMITH,ROBERT DUSTIN          USA ACTIVE DUTY ENLISTED
                        22 Aug 1978 / MALE           H:866 343 4677  W:202-782-6139
                        Loc:
                        Spon: SMITH,ROBERT DUSTIN     Rank: PRIVATE F D:202-782-6139
SF519-B                 Unit: NO LONGER ELIGIBLE      RR: OUTPT RECORDS ROOM W
O/Site Rec Loc: OUTPT RECORDS ROOM W-WALTER REED AMC

AUTHORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|

SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION *(Sign each entry)*

DATE

Physical Therapy Service
Walter Reed Army Medical
Center
Washington D.C. 20307
(202) 782-6171

Date/Time

P.T. CLINIC TREATMENT PROGRAM NOTE

S: 28 yo ♂ AD w/
~ 7 mos ℗ lateral
TIS hip/QuAD PAIN w/ Radiation
mos 9/6  ⑴ ℗ LATERAL THIGH
LTS DEC '03  SINCE BEING STRUCK BY
A VEHICLE WHILE ON GATE
GUARD (JUN)

Patient's Goal:
"LIKE my hip TO STOP
HURTING"

Pain Scale: 6 /10 at rest, 10 /10 with activity

Barriers to Learning:
NONE

⟶ CONSTANT ACHE
S x ℗ SITTING AND STANDING; DENIES GIVING
WAY. DENIES N+T.
NO X-RAYS TO DATE
NOTES OCCASIONAL LBP; FEELS 2°
WALKING/SITTING DIFFERENT

Pt/family educated
regarding condition &
demonstrated/verbalized
understanding of exercise
program and will comply
with treatment plan

Treatment goals,
options, risks, and benefits
discussed with patient/
family. Patient/family
concurs with Rx plans and
goals

Discharge Criteria:
meeting established goals,
maximum benefit
achieved, and/or as per
protocol

O: ℗ ILC T ? STANDING FLEXION ⓛ
↑ ℗ SITTING FLEXION ⓛ
LES WNL ℗ TO ALL DIRECTIONS > 50%
LBP w/ EXT and ⓡ S.B.

℗ SITTING SLR ⓛ FOR ℗ LATERAL THIGH PAIN
(avon)

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
| Walter Reed Army Medical Center Washington D.C. 20307 | | Physical Therapy | |
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |

PATIENT'S IDENTIFICATION: *(For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)*

Smith, Robert
4867

CHRONOLOGICAL RECORD OF MEDICAL CARE
Medical Record
STANDARD FORM 600 (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1
WRAMC OVERPRINT 614
JAN 01

AUTHORIZED FOR LOCAL REPRODUCTION

## CHRONOLOGICAL RECORD OF MEDICAL CARE

| MEDICAL RECORD | |
|---|---|
| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION *(Sign each entry)* |

9-30-05   PT F/U NOTE:

S. F/U 25 Yo m PT W/ CHRONIC LBP SINCE PEDESTRIAN / MVA ACCIDENT, PNT HOME FOR F/U P XRAYS: L-S SPINE FILMS: PROB OLD HEALED Fx SUPERIOR ASPECT L4 W/ PROB. DDD L3-4. PNT JUST RTNING FROM VACATION ⟹ RPT PAIN DECREASED WHILE ON VACATION ⟹ RTN'D P RTN'NG TO WORK W/ PROLONGED STANDING TAKING ULTRAM / FLEXERIL / DARVOCET ⟹ NO RELIEF.

O: EXAM DEFERRED.
REVIEWED CURRENT STRETCHING THERAPY.
INSTRUCTED IN NEUTRAL SPINE,
INITIAL LUMBAR STABILIZATION.

A: CHRONIC LBP, W/O DDD L3-L4

P: 1) HEP AS ABOVE
   2) PM+R REFERRAL FOR FURTHER
      W/U PRIOR TO ETS

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
| | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |
| SPONSOR'S NAME | | | |

PATIENT'S IDENTIFICATION: *(For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)*

| REGISTER NO. | | WARD NO. |
|---|---|---|

SMITH, ROBERT
20 - 4867

**CHRONOLOGICAL RECORD OF MEDICAL CARE**
Medical Record

STANDARD FORM 600 (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry) |
|------|------------------------------------------------------------------------|

NSR $_5$ ...

BRNT ... to ...
$\rightarrow$ ? LLE $\rightarrow$ UNABLE TO TEST
$2°$ PAIN $\textcircled{L}$ HIP

$\textcircled{?}$ SLR SUPINE $\textcircled{L}$ ~ $20°$ FOR $\textcircled{L}$
HIP PAIN, LBP.

PRONE := ? STEP OFF $L_5$ $\bar{c}$ MD
PAIN ON PALPATE

$2°$ TTP $\textcircled{L}$ SIJ $\Rightarrow$ $\textcircled{L}$ SACRAL
SULCUS SHALLOW $\Rightarrow$ NO $\triangle$ w/
SPHINX POSITION

$\textcircled{L}$ HIP $\Rightarrow$ FULL ROM
$\textcircled{?}$ FABER $_5$

A    R/O:   $\textcircled{1}$  $L_5$ SPONDYLOLISTHESIS
$\textcircled{2}$  $L_5$-S DISC PATHOLOGY
$\textcircled{3}$  $\textcircled{L}$ SIJ DYSFUNCTION

P   X RAYS TODAY BACK + HIP,
F/U 8 $\triangle$ FOR FUNCTION EVAL
R $_x$

Annette T. _____, MD

# PHYSICAL PROFILE

For use of this form, see AR 40-501; the proponent agency is the Office of The Surgeon General

| 1. MEDICAL CONDITION | 2. | | | | | | |
|---|---|---|---|---|---|---|---|
| C~hronic~ LBP | | P | U | L | H | E | S |
| | | 3 | 3 | | | | |
| | | CODES | | | | | |

**3. ASSIGNMENT LIMITATIONS ARE AS FOLLOWS**

No Running, Jumping; No Litting > 20#

**4. THIS PROFILE IS**  ☐ PERMANENT  ☒ TEMPORARY EXPIRATION DATE: 9 OCT 03

**5. THE ABOVE STATED MEDICAL CONDITION SHOULD NOT PREVENT THE INDIVIDUAL FROM DOING THE FOLLOWING ACTIVITIES**

| | | | |
|---|---|---|---|
| ☒ Groin Stretch | ☒ Thigh Stretch | ☐ Lower Back Stretch | ☐ Neck & Shoulder Stretch | ☐ Neck Stretch |
| ☐ Hip Raise | ☒ Quads Stretch & Bal. | ☐ Single Knee to Chest | ☐ Upper Back Stretch | ☐ Ankle Stretch |
| ☐ Knee Bender | ☒ Calf Stretch | ☐ Straight Leg Raise | ☐ Chest Stretch | ☐ Hip Stretch |
| ☐ Side-Straddle Hop | ☐ Long Sit | ☐ Elongation Stretch | ☐ One-Arm Side Stretch | ☐ Upper Body Wt Tng |
| ☐ High Jumper | ☐ Hamstring Stretch | ☐ Turn and Bounce | ☐ Two-Arm Side Stretch | ☐ Lower Body Wt Tng |
| ☐ Jogging in Place | ☐ Hams. & Calf Stretch | ☐ Turn and Bend | ☐ Side Bender | ☐ All |

**6. AEROBIC CONDITIONING EXERCISES**

☒ Walk at Own Pace and Distance
☐ Run at Own Pace and Distance
☒ Bicycle at Own Pace and Distance
☒ Swim at Own Pace and Distance
☒ Walk or Run in Pool at Own Pace

☐ Unlimited Walking
☐ Unlimited Running
☐ Unlimited Bicycling
☐ Unlimited Swimming

☐ Run at Training Heart Rate for ___ Min.
☐ Bicycle at Training Heart Rate for ___ Min.
☐ Swim at Training Heart Rate for ___ Min.

**7. FUNCTIONAL ACTIVITIES**

☐ Wear Backpack (40 Lbs.)
☒ Wear Helmet
☐ Carry Rifle
☒ Fire Rifle

With Hearing Protection

☐ KP/Mopping/Mowing Grass
☒ Marching Up to 2 Miles
☒ Lift Up to 20 Pounds
☐ All

**PHYSICAL FITNESS TEST**

☐ Two Mile Run    ☐ Walk
☐ Push-Up    ☐ Swim
☐ Sit-Ups    ☐ Bicycle

**8. TRAINING HEART RATE FORMULA**

MALES 220          FEMALES 225

MINUS (−) AGE
MINUS (−) RESTING HEART RATE
TIMES (×) % INTENSITY
PLUS (+) RESTING HEART RATE

50% EXTREMELY POOR CONDITION
60% HEALTHY, SEDENTARY INDIVIDUAL
70% MODERATELY ACTIVE, MAINTENANCE
80% WELL TRAINED INDIVIDUAL

**8. OTHER**

No SIT UPs; PUSH-UPS AS TOLERATED.

| TYPED NAME AND GRADE OF PROFILING OFFICER | SIGNATURE | DATE |
|---|---|---|
| ANNETTE L BERGERON MAJ | | 9 SEP 03 |
| TYPED NAME AND GRADE OF PROFILING OFFICER | SIGNATURE | DATE |
| | | |

## ACTION BY APPROVING AUTHORITY

**PERMANENT CHANGE OF PROFILE**  ☐ APPROVED  ☐ NOT APPROVED

| TYPED NAME, GRADE & TITLE OF APPROVING AUTHORITY | SIGNATURE | DATE |
|---|---|---|
| | | |

## ACTION BY UNIT COMMANDER

THIS PERMANENT CHANGE IN PROFILE SERIAL  ☐ DOES  ☐ DOES NOT REQUIRE A CHANGE IN MEMBER'S
☐ MILITARY OCCUPATIONAL SPECIALTY  ☐ DUTY ASSIGNMENT  BECAUSE:

| TYPED NAME AND GRADE OF UNIT COMMANDER | SIGNATURE | DATE |
|---|---|---|
| | | |

**PATIENT'S IDENTIFICATION** (For typed or written entries give: Name (last, first, middle), grade, SSN, hospital or medical facility)

SMITH, ROBERT PFC

20-4867

| UNIT | |
|---|---|
| ISSUING CLINIC AND PHONE NUMBER  PT 782-6371 | |

DISTRIBUTION
UNIT COMMANDER — ORIGINAL & 1 COPY
HEALTH RECORD JACKET — 1 COPY
CLINIC FILE — 1 COPY
MILPO — 1 COPY

**DA FORM 3349, MAY 86**     REPLACES DA FORM 5302-R (TEST) DATED FEB 84 AND DA FORM 3349 DATED 1 JUN 80, WHICH ARE OBSOLETE

Chronological Record of Medical Care

Personal Data - Privacy Act of 1974 (PL 93-579) Automated Version of SF600

| Appointment Date: | 12/4/2003 8:45:00 AM | Clinic: | PHYS MED CL WR |
|---|---|---|---|
| Provider: | GAMBEL,JEFFREY M | Hospital: | WALTER REED AMC |

Sensitive:   No                    Race:   WHITE                                    Other Health Insurance:

Is this related to deployment, homeland security, or terrorism, either for this patient or their sponsor?    No

Vital Signs:

| BP SYS | DIAS | BP Loc | BP Pos | BP Meth | Pulse | Resp | Weight(LB) | Height(IN) | BMI | Temp(F) | O2 | Pain | Date/Time | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**Chief Complaint:**          Back pain (Confirmatory Consultation)
**Problem List:**
**Allergies:**
**Prescription:**
**Non Prescription**              OTC Medications: No Items Indicated
**Meds/Herbals/Supplements:** Herbal Supplements: No Items Indicated
                              Vitamin and Diet Supplements: No Items Indicated

**Subjective:**
  Complaints/HPI:      25 y/o AD E-3 WN PAD MOS with 8 monthy h/o LBP which began after March 03. Pt was performing
                       guard duty at front gate of WRAMC and was hit by car. Pt then seen by Sick Call for L LBP after being
                       knocked down. One week after trauma, pt recalls being very stiff with increased ache down left
                       posteriolateral to knee. Pain over last 8 months has not improved and is perhaps worse. Current pain
                       on average is 6/10 and constant ache. Pain eases up with heat and laying down. Current meds as
                       below. Seen by PT 3x with L-stabilization exercises limited by flexibility and pain. MRI of L-spine
                       ordered by Sick Call and is scheduled for 16 Dec 03. Pt currently on temporary profile. Sleep
                       interrupted by back pain.

                       L-Spine xray: FINDINGS:
                       Examination of the L spine remarkable for probable old healed fracture of the
                       superior aspect of L4. Small osteophyte formation inferior L3. Calcification
                       of the anterior longitudinal ligament at the level of L3-4. Mild posterior
                       disk space narrowing also at this level. No spondylolisthesis or
                       spondylolysis appreciated. Soft tissues are unremarkable.

                       IMPRESSION:

                       1. PROBABLE OLD HEALED FRACTURE SUPERIOR L4.

                       2. DEGENERATIVE DISK DISEASE OF L3-4.

                       L Hip xray: WNL

                       Meds: mscontin 15mg 2-3x per week, darvocet 4x/week

                       FXN: prolonged standing greater than 30 minutes increases pain, patient unable to run and perform PT
                       as situps and pushups also hurt

                       Social: 4 years AD, single, lives in Springfield, VA, ETS in 2 months.
  Family History:      No Items Indicated.
  Prior Surgeries:     No Items Indicated.

**Objective:**

  PE:
  NAD
  Trunk: decreased ROM with flex/ext/side-bend/facet load Bil due to increased LBP across L4-5 region
  MMT: bil LE 5/5
  DTRs: 2/4 patellar and Achilles hyper-reflexic and symmetrical, absent Babinski
  Sensation: intact LT bil LEs
  Increased TTP across SI joints and L4-5 paraspinals
  Negative SLR and Faber bil with popliteal angles of 45 degrees with c/o increased hamstring pain

| NAME: SMITH,ROBERT DUSTIN | FMP/SSN:   20/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 | Home PH:  866 343 4677 |
|---|---|---|
| DOB:  8/22/1978      AGE: 25 Y | RANK:      AE3      SEX: | Work PH:  202-782-6139 |
| SPON:  SMITH,ROBERT DUSTIN | Report Name: SF600 Clinic Note | Print Date: 9/13/2004 11:28:23 AM |

## Chronological Record of Medical Care
### Personal Data - Privacy Act of 1974 (PL 93-579) Automated Version of SF600

| Appointment Date: | 12/4/2003 8:45:00 AM | Clinic: | PHYS MED CL WR |
|---|---|---|---|
| Provider: | GAMBEL,JEFFREY M | Hospital: | WALTER REED AMC |

Reviewed Rads:    28 Aug 2003 0830 L-spine, (3 Views) Ap&lat W/spot reviewed.
                         28 Aug 2003 0830 Hip, Lt reviewed.

**Assessment:**
A/p: Chronic LBP of unclear etiology, pain does not appear to be radicular at this time. Pt noted to have TTP over L4-S1 paraspinals with decreased ROM, suggesting myofascial pain complaint, MRI pending of L-spine in approx one week, Recommend:
1. Continue lumbar stabilization home exercises at least twice per day, address hamstring stretches too
2. Referral to Chiropractic Clinic for evaluation and possible manual medicine tx
3. Trial bextra 20mg q d
4. DC opioids
5. Heat to low back tid or prn, no greater than 20 minutes per session
6. F/u with PT, for HEP, TENS trial, and consider pool tx
7. RTC in one month or prn.

**Plan:**
**Multi_Problem Note:**

Electronically reviewed and signed by GAMBEL,JEFFREY M on Date 12/4/2003 9:17:53 AM
**(45 minutes were spent with patient; Of this time, more than 50% was spent counseling or coordinating care.)**

| NAME: SMITH,ROBERT DUSTIN | FMP/SSN: | 20/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 | | Home PH: 866 343 4677 |
|---|---|---|---|---|
| DOB: 8/22/1978 | AGE: 25 Y | RANK: | AE3    SEX: | Work PH: 202-782-6139 |
| SPON: SMITH,ROBERT DUSTIN | | Report Name: SF600 Clinic Note | | Print Date: 9/13/2004 11:28:23 AM |

Chronological Record of Medical Care
Personal Data - Privacy Act of 1974 (PL 93-579) Automated Version of SF600

| Appointment Date: | 2/6/2004 8:30:00 AM | Clinic: | INT MED PCC WR |
| Provider: | WILDER,JAY S | Hospital: | WALTER REED AMC |

Sensitive:   No              Race:   WHITE                                           Other Health Insurance:   N

Is this related to deployment, homeland security, or terrorism, either for this patient or their sponsor?     Maybe

Vital Signs:

| SYS | DIAS | BP Loc | BP Pos | BP Meth | Pulse | Resp | Weight(LB) | Height(IN) | BMI | Temp(F) | O2 | Pain | Date/Time |
|-----|------|--------|--------|---------|-------|------|------------|------------|-----|---------|----|------|-----------|
| 158 | 83 | Right Arm | Sitting | Machine | 98 | 22 | 240.4 | 69 | 35.5 | 97.1 | | 8 | 2/6/2004 8:30:00 AM |

Pain Characteristic: Constant

Pain Site: Back

Chief Complaint:              FLARE UP OF CHR LBP; REQUESTING QTRS FOR TODAY. (Established Patient)
Problem List:
Allergies:
Prescription:
Non Prescription
Meds/Herbals/Supplements:
Subjective:
    Complaints/HPI:       CHR LBP SINCE HIT BY CAR 3/03 & FX VERT.
                          FLARED UP TODAY. MAY HAVE TWISTED BACK SLIGHTLY YEST WHEN SLIPPED ON ICE. ON BEXTRA
                          QD. TAKES DARVOCET OR ULTRAM FOR FLARES BUT THESE CAUSE SEDATION. PAIN 8/10. REQUESTS
                          QTRS.


Objective:

    EXAM DEFERRED. ALTHO GAIT IS SOMEWHAT ANTALGIC.

    REPEAT BP 160/90. PT STATES HE SMOKED A CIG JUST BEFORE.

Assessment:

    FLARE UP LBP

    HI BP.


Plan:

    Other Plans
        QTRS TODAY.
        F/U W/ PMR.

        BP MPNITORING.

Multi_Problem Note:




Electronically reviewed and signed by WILDER,JAY S on Date 2/6/2004 10:07:27 AM

(30 minutes were spent with patient.)


| NAME: SMITH,ROBERT DUSTIN | FMP/SSN:   20/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 | Home PH:  866 343 4677 |
| DOB:  8/22/1978        AGE: 25 Y | RANK:       AE3      SEX: | Work PH:  202-782-6139 |
| SPON:  SMITH,ROBERT DUSTIN | Report Name: SF600 Clinic Note | Print Date: 9/13/2004 11:29:17 AM |

Chronological Record of Medical Care

Personal Data - Privacy Act of 1974 (PL 93-579) Automated Version of SF600

| Appointment Date: | 2/6/2004 8:30:00 AM | Clinic: | INT MED PCC WR |
| Provider: | WILDER,JAY S | Hospital: | WALTER REED AMC |

Personal Data - Privacy Act of 1974 (PL 93-579) Automated Version of SF600

| Appointment Date: | 2/11/2004 8:00:00 AM | Clinic: | INT MED PCC WR |
| Provider: | PECHATY,THERESA A | Hospital: | WALTER REED AMC |

Sensitive: No          Race: WHITE          Other Health Insurance: N
Is this related to deployment, homeland security, or terrorism, either for this patient or their sponsor? No

**Vital Signs:**

| SYS | DIAS | BP Loc | BP Pos | BP Meth | Pulse | Resp | Weight(LB) | Height(IN) | BMI | Temp(F) | O2 | Pain | Date/Time |
|-----|------|--------|--------|---------|-------|------|------------|------------|-----|---------|----|----|-----------|
| | | | | | | | | | | | | | |

**Chief Complaint:**          LBP (Established Patient)
**Problem List:**
**Allergies:**
**Prescription:**
**Non Prescription**
**Meds/Herbals/Supplements:**
**Subjective:**
  Complaints/HPI:          25 Y/O C MALE PRESENTS WITH LBP WHICH RESULTED FROM MVA LAST APRIL. PT WAS ON GUARD
                           DUTY AND DRIVER HIT HIM RESULTING IN FX OF SUPERIOR L-4 SPINE. WAS SEEN BY PT, PHYSICAL
                           MEDICINE, INTERNAL MEDICINE, HAS HAD ETS PHYSICAL AND PRESENTING FOR QTRS R/T BACK
                           PAIN. PT DUE TO ETS IN MARCH AND ALSO NEEDS MRI WHICH HAS BEEN POSTPONED THREE TIMES.


**Objective:**
  MRI WAS SCHEDULED FOR PATIENT IN JANUARY. RADIOLOGY INDICATED THAT TEST WAS ABORTED, BUT PATIENT
  STATES THAT HE NEVER HAD THE PROCEDURE.
  PT CONTINUES TO EXPERIENCE RADICULOPATHY AND PAIN
  SYMPTOMS UNCHANGED FROM ORIGINAL EXAM
  MEDICAL RECORD MISPLACED

**Assessment:**

  LBP R/T FX L4.


**Plan:**

  **Other Plans**
       1. ORDER NEW MRI ASAP
       2. GO TO PT FOR COPY OF PT RECORDS
       3. QTRS 48 HRS FOR LBP.

**Multi_Problem Note:**




Electronically reviewed and signed by PECHATY,THERESA A on Date 2/11/2004 9:03:07 AM

(30 minutes were spent with patient.)




| NAME: SMITH,ROBERT DUSTIN | FMP/SSN: 20/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 | Home PH: 866 343 4677 |
| DOB: 8/22/1978     AGE: 25 Y | RANK: AE3     SEX: | Work PH: 202-782-6139 |
| SPON: SMITH,ROBERT DUSTIN | Report Name: SF600 Clinic Note | Print Date: 9/13/2004 11:26:04 AM |