UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

FILED
JAN 7 - 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

ROBERT D. SMITH,               )
                               )
        Plaintiff,             )
                               )   Civil Case No. 07-0761 (RJL)
        v.                     )
                               )
LISA C. STARKS,                )
                               )
        Defendant.             )

## SCHEDULING ORDER

Upon receipt and consideration of the parties' proposed scheduling order, it is this ___ day of January, 2008 hereby

**ORDERED** that the following schedule is entered:

1. Initial disclosures required by Fed. R. Civ. P. 26(a)(1) will be made on or before January 7, 3008.

2. The plaintiff's experts and information required by Fed. R. Civ. P. 26(a)(2) shall be provided on or before February 29, 2008.

3. The defendant's experts and information required by Fed. R. Civ. P. 26(a)(2) shall be provided on or before April 29, 2008.

4. Discovery shall be completed by June 30, 2008.

5. An interim status conference shall be conducted at 11:30 a.m. on July 8, 2008 in Courtroom 18.

1

6. Dispositive motions shall be filed on or before July 30, 2008.

7. Oppositions to those motions shall be filed on or before August 20, 2008.

8. Replies to those oppositions shall be filed on or before August 31, 2008.

**SO ORDERED.**

_____
RICHARD J. LEON
United States District Judge