U.S. DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ROBERT D. SMITH** | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) |
| v. | ) Case No: 1:07-cv-00761 |
| | ) |
| **LISA C. STARKS** | ) |
| | ) |
|     **Defendant.** | ) |
| _____ | ) |

## PLAINTIFF'S FRCP 26(a)(1) INITIAL DISCLOSURES

COMES NOW, the plaintiff, Robert D. Smith, by his attorney, Gilbert K. Davis, DAVIS & ASSOCIATES, LLC, and pursuant to Federal Rule of Civil Procedure 26(a)(1), respectfully submits the following Initial Disclosures:

I. **INDIVIDUALS WHO MAY HAVE DISCOVERABLE INFORMATION**

Not including those individuals who may be called to testify solely for purposes of impeachment, the following individuals may have discoverable information relevant to the subject claims:

1. Lisa C. Starks – Defendant
   8996 Continental Place
   Landover, MD 20785

As the driver of the car which struck plaintiff, it is anticipated that she will have knowledge about the incident.

    2.    Robert Smith – Plaintiff
           1429 E. 28th Street
           Brooklyn, NY 11211

The plaintiff has information regarding the happening of the accident and the events immediately thereafter including the investigation. He can further relate his injuries, treatments, damages and efforts upon his work, activities, and enjoyment of living.

    3.    <u>Juan Ortiz</u> – Military policeman – He responded to scene, performed investigation and prepared a report. It is anticipated that Lieutenant Ortiz will have information regarding his investigation and facts of the incident. Plaintiff does not currently have contact information on Mr. Ortiz.

    4.    An <u>unidentified military policeman</u> was working with the plaintiff at the time of the incident. Presumably, this individual would have knowledge regarding the happening of the incident and the events immediately thereafter.

    5.    <u>Persons mentioned in the medical records</u> herewith disclosed would have knowledge of aspects of plaintiff's medical care at Walter Reed Army Medical Center.

    6.    <u>Alan G. Schreiber, MD</u> – Greater Metropolitan Orthopedics. This company has several addresses and phone numbers which defendant has on copies of Dr. Schreiber's reports. Dr. Schreiber treated the plaintiff for injuries which

occurred on March 25, 2003. He has information regarding treatment of the plaintiff, and the nature of his injuries and complaints.

    7.    <u>Chee-Hahn Hung, MD</u> – Greater Metropolitan Orthopedics. This company has several addresses and phone numbers which defendant has from Dr. Hung's reports. Dr. Hung treated the plaintiff for injuries which occurred on March 25, 2003. He has information regarding treatment of the plaintiff, and the nature of his injuries and complaints.

    8.    <u>Marilyn Nerona</u>, Ex Fiancee 2002 - 2007
           404 N. Laurel Ave., #32
           Charlotte, NC 28204

She can relate observations of defendant's complaints of pain, physical abilities, and everyday of living.

    9.    <u>John Bruno, MD</u>
           Orthopedics
           5845 Richmond Highway
           Suite 400
           Alexandria, VA 22303
           703/317-2800

Dr. Bruno performed an independent medical examination of plaintiff. His fact findings and opinions are contained in a letter opinion dated July 17, 2007 which is enclosed herewith in the document disclosures. Dr. Bruno incorrectly related the date of accident as 3/28/03. It should have been 3/25/03. He will be an

expert medical witness at trial on subjects contained in his letter opinion.

    10.    <u>Gary Church</u>, Military roommate of plaintiff – no contact information presently known.

    11.    <u>Brandon Washington</u>, Manager of Monster.Com , – no contact information presently known.

## II.    DOCUMENTS

The following documents are being produced and attached hereto consistent with the plaintiff's duty under Rule 26.

    1.    Military Police Traffic Accident Report.

    2.    Various medical records.

## III.    COMPUTATION OF DAMAGES

The plaintiff has suffered physical, economic, and emotional injuries. As a result of the defendant's negligence the plaintiff has, does, and will experience chronic and recurring back pain. After being injured, Mr. Smith was unable to maintain, because of the chronic back pain, the necessary regimen to obtain a sufficient level of physical fitness necessary to continue functioning and performing the duties of a person in the service of the United States Army. Therefore, Mr. Smith left military service before he would be able to receive military retirement pay. He now works as an independent contractor in the

software industry. He is paid by the hour. His back pain is sometimes so great, he is forced to miss work. Also, because of plaintiff's freelance status in the software industry he is required to obtain his own health insurance. His preexisting condition (resulting from the March 25, 2003 accident) requires a much higher premium than the average person. The plaintiff cannot afford health insurance at this time and in fact has not had health insurance since October 2005.

Computation will be provided for the following special damage categories, but is not yet been fully quantified:

    a. Lost income from the military had plaintiff been able, as he wished, to serve until full retirement benefits would be available during his remaining life expectancy.

    b. Lost entitlement to military payment for medical treatment, and the future cost of substitute private insurance which plaintiff cannot currently afford.

    c. The value of past medical care.

    d. The value of future medical care which includes diagnostic procedures and the probable necessity of surgery.

    e. Periodic lost wages from civilian employment.

**IV.   APPLICABLE INSURANCE**

None

Respectfully submitted,

_____
GILBERT K. DAVIS
D.C. Bar #161679
DAVIS & ASSOCIATES, LLC
9502-A Lee Highway
Fairfax, VA 22031
703/352-3850
Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Plaintiff's FRCP 26(a)(1) Initial Disclosures was filed (electronically) and also mailed by first-class, postage prepaid mail to Jonathan R. Clark, Esq., McCARTHY WILSON, LLP, 100 South Washington Street, Rockville, MD 20850, on January 25, 2008.

_____
Gilbert K. Davis