ROBERT D. SMITH
236 21 4867
Page 3

reflexes are 1+.  X-rays show minimal narrowing of the L5/S1 interspace and marginal spurs at L3-4 segments.  The examiner's impression is degenerative disc disease.

Even though there are no service medical records to evaluate, service connection is established because arthritis is on the list of presumptive disabilities specified in 38 CFR 3.309.  Because arthritis is shown within one year of discharge from service and your condition is considered compensable (evaluated greater than 0 percent disabling), service connection may be established.

A 10 percent evaluation is assigned from July 22, 2004, the date of VA examination which is the earliest date that arthritis is shown.  A 10 percent evaluation is assigned for forward flexion of the thoracolumbar spine greater than 60 degrees but not greater than 85 degrees.  A higher evaluation of 20 percent is not assigned unless there is forward flexion of the thoracolumbar spine greater than 30 degrees but not greater than 60 degrees; or, the combined range of motion of the thoracolumbar spine not greater than 120 degrees, or, muscle spasm or guarding severe enough to result in an abnormal gait or abnormal spinal contour such as scoliosis, reversed lordosis, or abnormal kyphosis.

**2.  Service connection for degenerative disc disease, cervical spine (claimed as degenerative disc disease).**

Service connection may be granted for a disability which began in military service or was caused by some event or experience in service.  Service connection for degenerative disc disease, cervical spine is denied since this condition neither occurred in nor was caused by service.

There are no service medical records available for review.

On VA examination of July 22, 2004, physical examination shows you with full range of motion of the cervical spine with no evidence of pain on movement, muscle spasm, or tenderness.  Range of motion is not additionally limited by pain, fatigue, weakness, lack of endurance, or incoordination.  X-rays of the cervical spine reveal minimal narrowing of the C6-7 interspace.  The examiner's impression is degenerative disc disease of the cervical spine.

Service connection may be granted on a presumptive basis under 38 CFR 3.309(a) for degenerative disc disease, cervical spine if this condition is manifested to a compensable degree (severe enough to be evaluated at least 10 percent disabling) within one year following military discharge as specified under 38 CFR 3.307.  The medical evidence establishes the existence of degenerative disc disease, cervical spine within the specified period after military service; however, the severity of the disability is not shown to be at a compensable level within that specified period as there is no limitation of motion or painful motion.  Therefore, service connection on a presumptive basis is denied.

ROBERT D. SMITH
236 21 4867
Page 4

### 3. Service connection for shin splints, left leg.

Service connection may be granted for a disability which began in military service or was caused by some event or experience in service. Service connection for shin splints, left leg is denied since this condition neither occurred in nor was caused by service.

There are no service medical records available for review.

On VA examination of July 22, 2004, you state that you have had shin splints for the last three years. You attribute the condition to running. You have severe pain in the front of the shins with tightness. Flare-ups occur two times per week. You have to get off your feet when the pain is really bad. You take Motrin and apply ice packs. You cannot wear certain types of shoes and you cannot walk long distances. On physical examination, there are no signs of abnormal weight bearing in the feet. Your gait and posture are normal. The tibia and fibula are tender bilaterally. X-rays of the lower legs are normal. The examiner's impression is shin splints.

Service connection may be granted on a presumptive basis for a chronic disease cited under 38 CFR 3.309(a) if the disease is manifested to a compensable degree (severe enough to be evaluated at least 10 percent disabling) within a certain period after military discharge (specified under 38 CFR 3.307). As shin splints, left leg is not one of the diseases cited in 38 CFR 3.309(a), service connection on a presumptive basis is denied.

### 4. Service connection for shin splints, right leg.

Service connection may be granted for a disability which began in military service or was caused by some event or experience in service. Service connection for shin splints, right leg is denied since this condition neither occurred in nor was caused by service.

There are no service medical records available for review.

On VA examination of July 22, 2004, you state that you have had shin splints for the last three years. You attribute the condition to running. You have severe pain in the front of the shins with tightness. Flare ups occur two times per week. You have to get off your feet when the pain is really bad. You take Motrin and apply ice packs. You cannot wear certain types of shoes and you cannot walk long distances. On physical examination, there are no signs of abnormal weight bearing in the feet. Your gait and posture are normal. The tibia and fibula are tender bilaterally. X-rays of the lower legs are normal. The examiner's impression is shin splints.

Service connection may be granted on a presumptive basis for a chronic disease cited under 38 CFR 3.309(a) if the disease is manifested to a compensable degree (severe enough to be evaluated at least 10 percent disabling) within a certain period after military

ROBERT D. SMITH
236 21 4867
Page 5

discharge (specified under 38 CFR 3.307). As shin splints, right leg is not one of the diseases cited in 38 CFR 3.309(a), service connection on a presumptive basis is denied.

## 5. Service connection for hiatal hernia with gastroesophageal reflux disease.

Service connection may be granted for a disability which began in military service or was caused by some event or experience in service. Service connection for hiatal hernia with gastroesophageal reflux disease is denied since this condition neither occurred in nor was caused by service.

There are no service medical records available for review.

On VA examination of July 22, 2004, you state that you have had gastroesophageal reflux disease for the last two years. You get heartburn and pain behind the breastbone. Flare-ups occur two to three times per week and last up to six to eight hours. You take Aciphex and deny functional impairment. On physical examination, the abdomen is normal with no tenderness. The liver and spleen are not palpable. Upper GI x-rays show a small sliding hiatal hernia with reflux. The examiner's impression is gastroesophageal reflux disease.

Service connection may be granted on a presumptive basis for a chronic disease cited under 38 CFR 3.309(a) if the disease is manifested to a compensable degree (severe enough to be evaluated at least 10 percent disabling) within a certain period after military discharge (specified under 38 CFR 3.307). As hiatal hernia with gastroesophageal reflux disease is not one of the diseases cited in 38 CFR 3.309(a), service connection on a presumptive basis is denied.

ROBERT D. SMITH
236 21 4867
Page 6

**REFERENCES:**

Title 38 of the Code of Federal Regulations, Pensions, Bonuses and Veterans' Relief contains the regulations of the Department of Veterans Affairs which govern entitlement to all veteran benefits. For additional information regarding applicable laws and regulations, please consult your local library, or visit us at our web site, www.va.gov.



**DEPARTMENT OF THE ARMY**
WALTER REED ARMY MEDICAL CENTER
6900 GEORGIA AVENUE, N.W.
WASHINGTON DC 20307-5001

REPLY TO
ATTENTION OF

February 7, 2005

Office of the Center
Judge Advocate

William Akers
Attorney at Law
Attn: Mr. William Akers
Courthouse Plaza
1450 Main Street
Princeton, West Virginia 24740

Re: Robert Smith
D/A: March 25, 2003

Dear Mr. Akers:

    Enclosed is the statement of medical cost in the amount of $620.37.  The bill represents medical services provided at Walter Reed Army Medical Center, along with the available outpatient medical records.


    Please make your check payable to "Centralized Disbursing Officer" in the amount of $620.37 and mail it to Walter Reed Army Medical Center, Office of the Center Judge Advocate, Attn: Claims, Blg.1, Room D-201, 6900 Georgia Avenue, N.W., Washington, DC 20307-5001. Please feel free to call me at (202) 782-1676, if you have any questions or need further information.


                    Cordially yours,

                    *Vita M. Kirksey*
                    Vita M. Kirksey
                    Claims Assistant



Enc.



**DEPARTMENT OF VETERANS AFFAIRS**
VA Regional Office
210 Franklin Rd., S.W.
Roanoke VA 24011

JUL 2 2 2005

ROBERT DUSTIN SMITH
7503 ASHBY LN APT N
ALEXANDRIA VA 22315

In Reply Refer To:  314/21post
CSS 236 21 4867
SMITH, R D

Dear Mr. Smith:

We received your required signature and can now inform you of the decision on your claim for service connected compensation received on June 1, 2004.

This letter tells you about your entitlement amount and payment start date and what we decided. It includes a copy of our rating decision that gives the evidence used and reasons for our decision. We have also included information about additional benefits, what to do if you disagree with our decision, and who to contact if you have questions or need assistance.

## What Is Your Entitlement Amount And Payment Start Date?

Your monthly entitlement amount is shown below:

| Monthly Entitlement Amount | Payment Start Date |
|---|---|
| $106.00 | Aug 1, 2004 |
| 108.00 | Dec 1, 2004 |

## When Can You Expect Payment?

Your payment begins the first day of the month following your effective date. You will receive a payment covering the initial amount due under this award, minus any withholdings, in approximately 15 days. Payment will then be made at the beginning of each month for the prior month. For example, benefits due for May are paid on or about June 1.

## What Did We Decide?

We determined that the following condition(s) was/were related to your military service, so service connection has been granted:

| Medical Description | Percent (%) Assigned | Effective Date |
|---|---|---|
| Degenerative disc disease, lumbar spine | 10% | Jul 22, 2004 |



2

CSS 236 21 4867
Smith, R D

We determined that the following condition(s) was/were not related to your military service, so service connection couldn't be granted:

| Medical Description |
| --- |
| Degenerative disc disease, cervical spine |
| Shin splints, left leg |
| Shin splints, right leg |
| Hiatal hernia with gastroesophageal reflux disease |

We have enclosed a copy of your Rating Decision for your review. It provides a detailed explanation of our decision, the evidence considered and the reasons for our decision. You can find the decision discussed in the section titled *"Decision."* The evidence we considered is discussed in the section titled *"Evidence."* The reasons for our decision can be found in the portion of the rating titled *"Reasons for Decision"* or *"Reasons and Bases."*

We enclosed a VA Form 21-8764, "Disability Compensation Award Attachment-Important Information," which explains certain factors concerning your benefits.

## How Do You Start Direct Deposit?

Your money may be deposited directly into your checking or savings account. This is the safest and most reliable way to get your money. For more information about Direct Deposit, please call us toll free by dialing 1-877-838-2778.

## Are You Entitled To Additional Benefits?

Since you have been rated for a new service connected disability, you may be eligible for government life insurance if you are in good health (except for any service connected conditions) and apply within two years of this notification of your disability rating. If you are totally disabled, you may be eligible to have your government life insurance premiums waived. You should receive an S-DVI package within two weeks. This package will contain information about the insurance and an application. If you do not receive an S-DVI package, please contact the Insurance Center to request additional information. Call the Insurance toll free number, 1-800-669-8477, or visit the Insurance web site, http://www.insurance.va.gov, for further information about Service-Disabled Veterans Insurance.

You may be able to receive vocational rehabilitation employment services. The enclosed VA Form 28-8890, "Important Information About Vocational Rehabilitation Benefits," explains this benefit completely. To apply for this benefit, complete and return the enclosed VA Form 28-1900, "Disabled Veterans Application for Vocational Rehabilitation."

3

CSS 236 21 4867
Smith, R D

You are entitled to medical care by the VA health care system for any service connected disability. You may apply for medical care or treatment at the nearest medical facility. If you apply in person, present a copy of this letter. If you apply by writing a letter, include your VA file number and a copy of this letter.

## What You Should Do If You Disagree With Our Decision.

If you do not agree with our decision, you should write and tell us why. You have *one year from the date of this letter to appeal the decision.* The enclosed *VA Form 4107, "Your Rights to Appeal Our Decision,"* explains your right to appeal.

## Do You Have Questions Or Need Assistance?

If you have any questions or need assistance with this claim, please call us at 1-800-827-1000. If you use a Telecommunications Device for the Deaf (TDD), the number is 1-800-829-4833.

If you call, please refer to your VA file number 236 21 4867. If you write to us, put your full name and VA file number on the letter. Please send all correspondence to the address at the top of this letter. You can visit our web site at www.va.gov for more information about veterans' benefits.

We have no record of your appointing a service organization or representative to assist you with your claim. You can contact us for a listing of the recognized veterans' service organizations and/or representatives. Veterans' service organizations, which are recognized or approved to provide services to the veteran community, can also help you with any questions.

Sincerely yours,

*D. S. Umlauf*

D. S. Umlauf
Veterans Service Center Manager

Contact us at: https://iris.va.gov

Enclosure(s):   Rating Decision, dated 05-04-05
                VA Form 21-8764
                VA Form 28-1900
                VA Form 28-8890
                VA Form 4107

21post/200/smit867   DSU/lrw

3

CSS 236 21 4867
Smith, R D

You are entitled to medical care by the VA health care system for any service connected disability. You may apply for medical care or treatment at the nearest medical facility. If you apply in person, present a copy of this letter. If you apply by writing a letter, include your VA file number and a copy of this letter.

## What You Should Do If You Disagree With Our Decision.

If you do not agree with our decision, you should write and tell us why. You have *one year from the date of this letter to appeal the decision.* The enclosed *VA Form 4107, "Your Rights to Appeal Our Decision,"* explains your right to appeal.

## Do You Have Questions Or Need Assistance?

If you have any questions or need assistance with this claim, please call us at 1-800-827-1000. If you use a Telecommunications Device for the Deaf (TDD), the number is 1-800-829-4833.

If you call, please refer to your VA file number 236 21 4867. If you write to us, put your full name and VA file number on the letter. Please send all correspondence to the address at the top of this letter. You can visit our web site at www.va.gov for more information about veterans' benefits.

We have no record of your appointing a service organization or representative to assist you with your claim. You can contact us for a listing of the recognized veterans' service organizations and/or representatives. Veterans' service organizations, which are recognized or approved to provide services to the veteran community, can also help you with any questions.

Sincerely yours,

*D. S. Umlauf*

D. S. Umlauf
Veterans Service Center Manager

Contact us at: https://iris.va.gov

Enclosure(s):    Rating Decision, dated 05-04-05
                 VA Form 21-8764
                 VA Form 28-1900
                 VA Form 28-8890
                 VA Form 4107

21post/200/smit867    DSU/lrw

ROBERT D. SMITH
236 21 4867
Page 3

reflexes are 1+. X-rays show minimal narrowing of the L5/S1 interspace and marginal spurs at L3-4 segments. The examiner's impression is degenerative disc disease.

Even though there are no service medical records to evaluate, service connection is established because arthritis is on the list of presumptive disabilities specified in 38 CFR 3.309. Because arthritis is shown within one year of discharge from service and your condition is considered compensable (evaluated greater than 0 percent disabling), service connection may be established.

A 10 percent evaluation is assigned from July 22, 2004, the date of VA examination which is the earliest date that arthritis is shown. A 10 percent evaluation is assigned for forward flexion of the thoracolumbar spine greater than 60 degrees but not greater than 85 degrees. A higher evaluation of 20 percent is not assigned unless there is forward flexion of the thoracolumbar spine greater than 30 degrees but not greater than 60 degrees; or, the combined range of motion of the thoracolumbar spine not greater than 120 degrees, or, muscle spasm or guarding severe enough to result in an abnormal gait or abnormal spinal contour such as scoliosis, reversed lordosis, or abnormal kyphosis.

**2. Service connection for degenerative disc disease, cervical spine (claimed as degenerative disc disease).**

Service connection may be granted for a disability which began in military service or was caused by some event or experience in service. Service connection for degenerative disc disease, cervical spine is denied since this condition neither occurred in nor was caused by service.

There are no service medical records available for review.

On VA examination of July 22, 2004, physical examination shows you with full range of motion of the cervical spine with no evidence of pain on movement, muscle spasm, or tenderness. Range of motion is not additionally limited by pain, fatigue, weakness, lack of endurance, or incoordination. X-rays of the cervical spine reveal minimal narrowing of the C6-7 interspace. The examiner's impression is degenerative disc disease of the cervical spine.

Service connection may be granted on a presumptive basis under 38 CFR 3.309(a) for degenerative disc disease, cervical spine if this condition is manifested to a compensable degree (severe enough to be evaluated at least 10 percent disabling) within one year following military discharge as specified under 38 CFR 3.307. The medical evidence establishes the existence of degenerative disc disease, cervical spine within the specified period after military service; however, the severity of the disability is not shown to be at a compensable level within that specified period as there is no limitation of motion or painful motion. Therefore, service connection on a presumptive basis is denied.

ROBERT D. SMITH
236 21 4867
Page 4

### 3. Service connection for shin splints, left leg.

Service connection may be granted for a disability which began in military service or was caused by some event or experience in service. Service connection for shin splints, left leg is denied since this condition neither occurred in nor was caused by service.

There are no service medical records available for review.

On VA examination of July 22, 2004, you state that you have had shin splints for the last three years. You attribute the condition to running. You have severe pain in the front of the shins with tightness. Flare-ups occur two times per week. You have to get off your feet when the pain is really bad. You take Motrin and apply ice packs. You cannot wear certain types of shoes and you cannot walk long distances. On physical examination, there are no signs of abnormal weight bearing in the feet. Your gait and posture are normal. The tibia and fibula are tender bilaterally. X-rays of the lower legs are normal. The examiner's impression is shin splints.

Service connection may be granted on a presumptive basis for a chronic disease cited under 38 CFR 3.309(a) if the disease is manifested to a compensable degree (severe enough to be evaluated at least 10 percent disabling) within a certain period after military discharge (specified under 38 CFR 3.307). As shin splints, left leg is not one of the diseases cited in 38 CFR 3.309(a), service connection on a presumptive basis is denied.

### 4. Service connection for shin splints, right leg.

Service connection may be granted for a disability which began in military service or was caused by some event or experience in service. Service connection for shin splints, right leg is denied since this condition neither occurred in nor was caused by service.

There are no service medical records available for review.

On VA examination of July 22, 2004, you state that you have had shin splints for the last three years. You attribute the condition to running. You have severe pain in the front of the shins with tightness. Flare ups occur two times per week. You have to get off your feet when the pain is really bad. You take Motrin and apply ice packs. You cannot wear certain types of shoes and you cannot walk long distances. On physical examination, there are no signs of abnormal weight bearing in the feet. Your gait and posture are normal. The tibia and fibula are tender bilaterally. X-rays of the lower legs are normal. The examiner's impression is shin splints.

Service connection may be granted on a presumptive basis for a chronic disease cited under 38 CFR 3.309(a) if the disease is manifested to a compensable degree (severe enough to be evaluated at least 10 percent disabling) within a certain period after military

ROBERT D. SMITH
236 21 4867
Page 5

discharge (specified under 38 CFR 3.307). As shin splints, right leg is not one of the
diseases cited in 38 CFR 3.309(a), service connection on a presumptive basis is denied.

**5. Service connection for hiatal hernia with gastroesophageal reflux disease.**

Service connection may be granted for a disability which began in military service or was
caused by some event or experience in service. Service connection for hiatal hernia with
gastroesophageal reflux disease is denied since this condition neither occurred in nor was
caused by service.

There are no service medical records available for review.

On VA examination of July 22, 2004, you state that you have had gastroesophageal
reflux disease for the last two years. You get heartburn and pain behind the breastbone.
Flare-ups occur two to three times per week and last up to six to eight hours. You take
Aciphex and deny functional impairment. On physical examination, the abdomen is
normal with no tenderness. The liver and spleen are not palpable. Upper GI x-rays show
a small sliding hiatal hernia with reflux. The examiner's impression is gastroesophageal
reflux disease.

Service connection may be granted on a presumptive basis for a chronic disease cited
under 38 CFR 3.309(a) if the disease is manifested to a compensable degree (severe
enough to be evaluated at least 10 percent disabling) within a certain period after military
discharge (specified under 38 CFR 3.307). As hiatal hernia with gastroesophageal reflux
disease is not one of the diseases cited in 38 CFR 3.309(a), service connection on a
presumptive basis is denied.

ROBERT D. SMITH
236 21 4867
Page 6

## REFERENCES:

Title 38 of the Code of Federal Regulations, Pensions, Bonuses and Veterans' Relief contains the regulations of the Department of Veterans Affairs which govern entitlement to all veteran benefits. For additional information regarding applicable laws and regulations, please consult your local library, or visit us at our web site, www.va.gov.

Apr 11 06 01:14p     AKERS LAW OFFICE          304 425 6057          p.33



**DEPARTMENT OF THE ARMY**
WALTER REED ARMY MEDICAL CENTER
6900 GEORGIA AVENUE, N.W.
WASHINGTON DC 20307-5001

REPLY TO
ATTENTION OF

February 7, 2005

Office of the Center
Judge Advocate

William Akers
Attorney at Law
Attn: Mr. William Akers
Courthouse Plaza
1450 Main Street
Princeton, West Virginia 24740

Re: Robert Smith
D/A: March 25, 2003

Dear Mr. Akers:

Enclosed is the statement of medical cost in the amount of $620.37. The bill represents medical services provided at Walter Reed Army Medical Center, along with the available outpatient medical records.

Please make your check payable to "Centralized Disbursing Officer" in the amount of $620.37 and mail it to Walter Reed Army Medical Center, Office of the Center Judge Advocate, Attn: Claims, Blg.1, Room D-201, 6900 Georgia Avenue, N.W., Washington, DC 20307-5001. Please feel free to call me at (202) 782-1676, if you have any questions or need further information.

Cordially yours,

*Vita M. Kirksey*

Vita M. Kirksey
Claims Assistant

Enc.



**DEPARTMENT OF VETERANS AFFAIRS**
VA Regional Office
210 Franklin Rd., S.W.
Roanoke VA 24011

JUL 2 2 2005

.ROBERT DUSTIN SMITH
7503 ASHBY LN APT N
ALEXANDRIA VA 22315

In Reply Refer To: 314/21post
CSS 236 21 4867
SMITH, R D

Dear Mr. Smith:

We received your required signature and can now inform you of the decision on your claim for service connected compensation received on June 1, 2004.

This letter tells you about your entitlement amount and payment start date and what we decided. It includes a copy of our rating decision that gives the evidence used and reasons for our decision. We have also included information about additional benefits, what to do if you disagree with our decision, and who to contact if you have questions or need assistance.

## What Is Your Entitlement Amount And Payment Start Date?

Your monthly entitlement amount is shown below:

| Monthly Entitlement Amount | Payment Start Date |
|---|---|
| $106.00 | Aug 1, 2004 |
| 108.00 | Dec 1, 2004 |

## When Can You Expect Payment?

Your payment begins the first day of the month following your effective date. You will receive a payment covering the initial amount due under this award, minus any withholdings, in approximately 15 days. Payment will then be made at the beginning of each month for the prior month. For example, benefits due for May are paid on or about June 1.

## What Did We Decide?

We determined that the following condition(s) was/were related to your military service, so service connection has been granted:

| Medical Description | Percent (%) Assigned | Effective Date |
|---|---|---|
| Degenerative disc disease, lumbar spine | 10% | Jul 22, 2004 |



2

CSS 236 21 4867
Smith, R D

We determined that the following condition(s) was/were not related to your military service, so service connection couldn't be granted:

| Medical Description |
| --- |
| Degenerative disc disease, cervical spine |
| Shin splints, left leg |
| Shin splints, right leg |
| Hiatal hernia with gastroesophageal reflux disease |

We have enclosed a copy of your Rating Decision for your review. It provides a detailed explanation of our decision, the evidence considered and the reasons for our decision. You can find the decision discussed in the section titled *"Decision."* The evidence we considered is discussed in the section titled *"Evidence."* The reasons for our decision can be found in the portion of the rating titled *"Reasons for Decision"* or *"Reasons and Bases."*

We enclosed a VA Form 21-8764, "Disability Compensation Award Attachment-Important Information," which explains certain factors concerning your benefits.

## How Do You Start Direct Deposit?

Your money may be deposited directly into your checking or savings account. This is the safest and most reliable way to get your money. For more information about Direct Deposit, please call us toll free by dialing 1-877-838-2778.

## Are You Entitled To Additional Benefits?

Since you have been rated for a new service connected disability, you may be eligible for government life insurance if you are in good health (except for any service connected conditions) and apply within two years of this notification of your disability rating. If you are totally disabled, you may be eligible to have your government life insurance premiums waived. You should receive an S-DVI package within two weeks. This package will contain information about the insurance and an application. If you do not receive an S-DVI package, please contact the Insurance Center to request additional information. Call the Insurance toll free number, 1-800-669-8477, or visit the Insurance web site, http://www.insurance.va.gov, for further information about Service-Disabled Veterans Insurance.

You may be able to receive vocational rehabilitation employment services. The enclosed VA Form 28-8890, "Important Information About Vocational Rehabilitation Benefits," explains this benefit completely. To apply for this benefit, complete and return the enclosed VA Form 28-1900, "Disabled Veterans Application for Vocational Rehabilitation."

3

CSS 236 21 4867
Smith, R D

You are entitled to medical care by the VA health care system for any service connected disability. You may apply for medical care or treatment at the nearest medical facility. If you apply in person, present a copy of this letter. If you apply by writing a letter, include your VA file number and a copy of this letter.

## What You Should Do If You Disagree With Our Decision.

If you do not agree with our decision, you should write and tell us why. You have *one year from the date of this letter to appeal the decision.* The enclosed *VA Form 4107, "Your Rights to Appeal Our Decision,"* explains your right to appeal.

## Do You Have Questions Or Need Assistance?

If you have any questions or need assistance with this claim, please call us at 1-800-827-1000. If you use a Telecommunications Device for the Deaf (TDD), the number is 1-800-829-4833.

If you call, please refer to your VA file number 236 21 4867. If you write to us, put your full name and VA file number on the letter. Please send all correspondence to the address at the top of this letter. You can visit our web site at www.va.gov for more information about veterans' benefits.

We have no record of your appointing a service organization or representative to assist you with your claim. You can contact us for a listing of the recognized veterans' service organizations and/or representatives. Veterans' service organizations, which are recognized or approved to provide services to the veteran community, can also help you with any questions.

Sincerely yours,

*D. S. Umlauf*

D. S. Umlauf
Veterans Service Center Manager

Contact us at: https://iris.va.gov

Enclosure(s):    Rating Decision, dated 05-04-05
                 VA Form 21-8764
                 VA Form 28-1900
                 VA Form 28-8890
                 VA Form 4107

21post/200/smit867    DSU/lrw

3

CSS 236 21 4867
Smith, R D

You are entitled to medical care by the VA health care system for any service connected disability. You may apply for medical care or treatment at the nearest medical facility. If you apply in person, present a copy of this letter. If you apply by writing a letter, include your VA file number and a copy of this letter.

## What You Should Do If You Disagree With Our Decision.

If you do not agree with our decision, you should write and tell us why. You have *one year from the date of this letter to appeal the decision.* The enclosed *VA Form 4107, "Your Rights to Appeal Our Decision,"* explains your right to appeal.

## Do You Have Questions Or Need Assistance?

If you have any questions or need assistance with this claim, please call us at 1-800-827-1000. If you use a Telecommunications Device for the Deaf (TDD), the number is 1-800-829-4833.

If you call, please refer to your VA file number 236 21 4867. If you write to us, put your full name and VA file number on the letter. Please send all correspondence to the address at the top of this letter. You can visit our web site at www.va.gov for more information about veterans' benefits.

We have no record of your appointing a service organization or representative to assist you with your claim. You can contact us for a listing of the recognized veterans' service organizations and/or representatives. Veterans' service organizations, which are recognized or approved to provide services to the veteran community, can also help you with any questions.

Sincerely yours,

*D. S. Umlauf*

D. S. Umlauf
Veterans Service Center Manager

Contact us at: https://iris.va.gov

Enclosure(s):    Rating Decision, dated 05-04-05
VA Form 21-8764
VA Form 28-1900
VA Form 28-8890
VA Form 4107

21post/200/smit867    DSU/lrw