# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

ROBERT D. SMITH                          :

    Plaintiff                               :

v.                                        :        **Case:  1:07-CV-00761**

LISA C. STARKS                           :

    Defendant                              :

## CONSENT MOTION TO MODIFY SCHEDULING ORDER

The parties, by their undersigned counsel, hereby file this Consent Motion to Modify the Scheduling Order, and with good cause state:

1.    This case arises from a one-car motor vehicle incident on a military base from which the plaintiff suffered alleged injuries.  Plaintiff contends that while the defendant was going through a military checkpoint on the Walter Reed Medical Center Base, she struck an orange cone and also made contact with the plaintiff, who was working at the time as a military guard.

2.    Pursuant to the current Scheduling Order, the defendant's expert designation deadline is April 29, 2008 and discovery is closing on June 30, 2008.  (See, Scheduling Order, Exhibit A).  Defendant would like to schedule an independent medical examination (IME) of the plaintiff prior to filing her expert designation.

3.    Defendant's expert, Dr. Hope, is not available to perform an IME until July 1, 2008 due to a demanding schedule and previously-scheduled vacation during the month of June.  Accordingly, the defendant requests a minor modification to the current Scheduling Order.

4.      Specifically, the defendant requests that the Scheduling Order be modified as follows:

Defendant's 26(a)(2) Designation:        7/31/2008

All discovery completed:                      7/31/2008

5.      The parties have been working cooperatively together throughout the discovery process, and the plaintiff consents to the requested modification.

6.      The requested modification does not change the original Pretrial Conference date.  As such, it is not believed that this modification will negatively impact the Court's case management deadlines or timeliness standards.


Respectfully submitted,

McCARTHY WILSON LLP


By:    /s/    Jonathan R. Clark
       Jonathan R. Clark
       Federal Bar No.:  448996
       100 South Washington Street
       Rockville, Maryland 20850
       (301) 762-7770
       Fax (301)762-0374
       clarkj@mcwilson.com
       *Attorneys for Defendant,*
       *Lisa C. Starks*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 14th day of April, 2008, a copy of the foregoing

Consent Motion to Modify Scheduling Order was submitted electronically and mailed

first-class, postage prepaid to:

Gilbert K. Davis, Esquire
Davis & Associates, LLC
9502-A Lee Highway
Fairfax, VA  22031
*Attorney for Plaintiff, Robert D. Smith*

/s/  Jonathan R. Clark
Jonathan R. Clark

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

ROBERT D. SMITH     :

   Plaintiff      :

v.            :   **Case:  1:07-CV-00761**

LISA C. STARKS     :

   Defendant     :

## ORDER

UPON CONSIDERATION of the Consent Motion to Modify the Scheduling Order, the entire record herein, and good cause having been shown, it is this \_\_\_\_\_ day of _____, 2008, by the United States District Court for the District of Columbia hereby:

ORDERED, that the Consent Motion to Modify the Scheduling Order be, and the same is hereby GRANTED; and it is further,

ORDERED, that the current Scheduling Order be modified to reflect the following:

   Defendant's 26(a)(2) Designation:  7/31/2008

   All discovery completed:    7/31/2008

         _____

         JUDGE, United States District Court for the
          District of Columbia

**<u>Copies to:</u>**

Gilbert K. Davis, Esquire
Davis & Associates, LLC
9502-A Lee Highway
Fairfax, VA  22031
*(Attorneys for Plaintiff, Robert Smith)*

Jonathan R. Clark, Esquire
McCarthy Wilson LLP
100 South Washington Street
Rockville, Maryland 20850
*(Attorneys for Defendant, Lisa Starks)*

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

FILED

JAN 7 - 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

ROBERT D. SMITH,

        Plaintiff,

        v.

LISA C. STARKS,

        Defendant.

)
)
)
)
)
)
)
)
)
)
)

Civil Case No. 07-0761 (RJL)

## SCHEDULING ORDER

Upon receipt and consideration of the parties' proposed scheduling order, it is this _____ day of January, 2008 hereby

ORDERED that the following schedule is entered:

1.    Initial disclosures required by Fed. R. Civ. P. 26(a)(1) will be made on or before January 7, 3008.

2.    The plaintiff's experts and information required by Fed. R. Civ. P. 26(a)(2) shall be provided on or before February 29, 2008.

3.    The defendant's experts and information required by Fed. R. Civ. P. 26(a)(2) shall be provided on or before April 29, 2008.

4.    Discovery shall be completed by June 30, 2008.

5.    An interim status conference shall be conducted at 11:30 a.m. on July 8, 2008 in Courtroom 18.

1



DEFENDANT'S
EXHIBIT
A

6.    Dispositive motions shall be filed on or before July 30, 2008.

7.    Oppositions to those motions shall be filed on or before August 20, 2008.

8.    Replies to those oppositions shall be filed on or before August 31, 2008.

**SO ORDERED.**

RICHARD J. LEON
United States District Judge

2