IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT D. SMITH ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case: 1:07-cv-00761 |
| ) | |
| LISA C. STARKS ) | |
| ) | |
| Defendant, ) | |
| ) | |
| _____ ) | |

## CONSENT MOTION TO MODIFY SCHEDULING ORDER

The parties, by their undersigned counsel, hereby file this Consent Motion to Modify the Scheduling Order, and with good cause state:

1. This case arises from a one-car motor vehicle incident on a military base from which the plaintiff suffered alleged injuries. Plaintiff contends that while the defendant was going through a military checkpoint on the Walter Reed Medical Center Base, backed into plaintiff with her vehicle, who was working at the time as a military guard.

2. Plaintiff was unable to travel from Florida for a scheduled IME on June 27, 2008 and it has been rescheduled for September 26th. Right now the discovery deadline is July 31, 2008.

  3. Specifically, the plaintiff requests that the Scheduling Order be modified as follows:

  Status Conference 8/6/08
  Plaintiff's experts due 10/30/08
  Defendant's experts due 10/30/08
  Dispositive motions due 12/01/08
  Date for close of all discovery 12/1/08
  Follow up status conference to be set some time in 12/08

  4. The parties have been working cooperatively together throughout the discovery process, and the defendant consents to the requested modification.

           Respectfully submitted,
           DAVIS & ASSOCIATES, LLC

            /s/
           Gilbert K. Davis
           D.C. Bar #161679
           9502-A Lee Highway
           Fairfax, VA 22031
           Tel: 703/352-3850
           Fax: 703/352-9320
           GilDavis@verizon.net
           Counsel for Plaintiff,
           Robert D. Smith

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that on this _____ day of July, 2008, a copy of the foregoing Consent Motion to Modify Scheduling Order was submitted electronically and mailed first-class, postage prepaid to:

Jonathan R. Clark, Esq.
McCARTHY WILSON LLP
100 South Washington Street
Rockville, MD 20850
Attorney for Defendant, Lisa C. Starks

                                          /s/
_____Gilbert K. Davis