IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT D. SMITH )<br>)<br>   Plaintiff, )<br>)<br>v. )<br>)<br>LISA C. STARKS )<br>)<br>   Defendant, )<br>)<br>_____ ) | Case: 1:07-cv-00761 |

## **ORDER**

UPON CONSIDERATION of the Consent Motion to Modify the Scheduling Order, the entire record herein, and good cause having been shown, it is this \_\_\_\_\_ day of July, 2008, by the United Sates District Court for the District of Columbia hereby:

ORDERED, that the Consent Motion to Modify the Scheduling Order be, and the same is hereby GRANTED; and it is further,

ORDERED, that the current Scheduling Order be modified to reflect the following:

    Status Conference 8/6/08
    Plaintiff's experts due 10/30/08
    Defendant's experts due 10/30/08
    Dispositive motions due 12/01/08

Date for close of all discovery 12/1/08
Follow up status conference to be set some time in 12/08

                                                      _____
                                                      JUDGE, United States District Court
                                                      For the District of Columbia

**Copies to:**

Jonathan R. Clark, Esq.
McCarthy Wilson LLP
100 South Washington St.
Rockville, MD 20850
Attorney for Defendant, Lisa Starks

Gilbert K. Davis, Esq.
Davis & Associates, LLC
9502-A Lee Highway
Fairfax, VA 22031
Attorney for Plaintiff, Robert D. Smith